**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA )
)
)
v. ) Criminal No. 3:10-00250
) Judge Trauger
MATTHEW PAUL DEHART )

## O R D E R

A detention review hearing was held on May 22, 2012. The findings of the court were announced from the bench at the close of the hearing, and those findings are incorporated herein by reference as if set forth verbatim. For the reasons expressed on the record, it is hereby **ORDERED** that the defendant shall be released pending trial, conditioned upon the posting of security satisfactory to the Clerk of Court in the two automobiles owned by the defendant's parents and, within thirty (30) days of the entry of this Order, the equity in the defendant's grandmother's house in Indiana.

The defendant's release will be subject to the standard conditions of release and the special conditions attached to this Order.

It is so **ORDERED**.

ENTER this 22nd day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge