RE:     **DeHart, Matthew Paul**
        **Docket No. 3:10-cr-00250**
        **Special Conditions of Bond**

1.      The defendant shall report to pretrial services as directed.

2.      The defendant shall have all changes in residence and employment pre-approved by the pretrial services officer.

3.      The defendant shall not reside in or visit any residence where minor children also reside without the prior approval of the pretrial services officer.

4.      The defendant shall not associate, either directly or indirectly, with children who appear to be under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g., playgrounds, parks, malls, day-care centers or schools) unless approved by the pretrial services office. Should any contact with minors be approved by the pretrial services officer, it shall be in the presence of a responsible adult chaperone, who has been pre-approved by the pretrial services officer, and is aware of the defendant's current charges.

5.      The defendant shall not possess, view, listen to, or go to locations where any form of sexually stimulating material or sexually oriented material is available.

6.      The defendant shall not possess or use a computer or any device with access to any online computer service at any location (including place of employment) without the prior written approval of the pretrial services office. This includes any Internet service provider, bulletin board system, or any other public or private network or e-mail system.

7.      The defendant shall be subject to a curfew as directed by the pretrial services officer. During non-curfew hours, the defendant's activities away from his residence shall be restricted to pre-approved absences for gainful employment, attorney visits, religious services, medical care or treatment needs, and such other times as may be specifically authorized by the pretrial services office. Electronic monitoring, as directed by pretrial services, shall be used to monitor compliance. This condition is in compliance with 18 U.S.C. § 3142(c)(1).

8.      Defendant shall not travel outside of the Southern District of Indiana, except travel to and from the Middle District of Tennessee for attorney visits and required court appearances, without prior approval of the pretrial services office. The defendant shall be precluded from any travel to and within Williamson County, Tennessee.

9.      Defendant shall avoid all contact, directly or indirectly, with any persons who are or may become a victim or potential witness in the subject investigation or prosecution, including any family member of the alleged victims.

10.     The defendant agrees that he will not apply for a passport while on pretrial release. Should the defendant currently possess a valid passport, he shall surrender it to his pretrial services officer within 48 hours of release on bond, and agrees to allow pretrial services to maintain custody the passport pending final resolution of this case.

11.     The defendant shall refrain from use or unlawful possession of any controlled substances and

shall not consume any alcoholic beverages to avoid lowering inhibitions and deter offending. The defendant shall submit to any method of testing required by the pretrial services office for determining compliance with this condition.

12.     The defendant is prohibited from possessing any firearms, dangerous weapons or other destructive devices.

13.     The defendant shall notify the pretrial services officer within 48 hours of any law enforcement contact.

14.     The defendant shall undergo polygraph examinations to monitor compliance with conditions of pretrial release, as directed by the pretrial services office.

15.     The defendant shall permit pretrial services officers to visit him anytime at his home or elsewhere without advance notification. The defendant also shall permit confiscation of any contraband observed in plain view of the pretrial services officer.

16.     The defendant shall participate in any mental health treatment as directed by the pretrial services officer. The defendant shall pay all or part of the cost for mental health treatment if the United States Probation and Pretrial Services Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

17.     Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner.

18.     Submit to any method of testing required by the pretrial services officer or supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing.

19.     Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services officer or supervising officer. The defendant shall pay all or part of the cost for substance abuse treatment if the United States Probation and Pretrial Services Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.