# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## O R D E R

A supplemental hearing on the defendant's Motion to Compel was held on June 28, 2012. The parties announced at the beginning of the hearing that all matters had been successfully resolved or are being worked on amicably between them. By agreement, it is hereby **ORDERED** that the defendant's Motion to Compel (Docket No. 68) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 28th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge