> **Motion Granted for extension to 8/31/12.**
> *[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | JUDGE TRAUGER |
| MATTHEW DEHART | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO SUPPRESS

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests an extension of time to file a response to the defendant's Motion to Suppress. (R.88, 107). The government requests this extension to allow time for the defendant's forensic examiner to review the evidence and for the parties to discuss a potential plea in this case. Wherefore, the government respectfully requests this Court allow the government until August 31, 2012, to file its response.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically to defense counsel, Mark Scruggs, on this, the 25th day of July, 2012.

s/ S. Carran Daughtrey
S. Carran Daughtrey