IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**O R D E R**

The Defendant's Motion to Allow Filing of Additional Motions And To Continue The Motion Hearing Currently Set For September 21, 2012 For Thirty (30) Days (Docket No. 118) is **GRANTED**. It is hereby **ORDERED** that the pretrial motion deadline is **EXTENDED** to September 7, 2012 and the pretrial motion hearing is **RESET** for Friday, October 19, 2012, at 9:00 a.m.

It is so **ORDERED**.

ENTER this 4th day of September 2012.

ALETA A. TRAUGER
U.S. District Judge