Penobscot County Jail
Medication Administration Record

**Name:** DeHart, Matthew
**Medical I. D.: MD 7489**  **Sex M**
**DOB:** 8/11/1984
**ALLERGIES: NKA**

AL CICHON

**Lab. Date:** / /
**Med Rev. Date:**
**Release Date** /

MEDICAL ARCH

2079922221

## Aug-10

M.A.R.:

| MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Med: Thorazine | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose: 25 mg. 2 tab PO = 50mg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Times: 08:00 - 20:00 | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 8/9/2010 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stop: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Med: Thorazine | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose: 50mg PO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Times: BID | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: 8/9/10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stop: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Med: | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Times: | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stop: | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Med: | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Times: | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stop: | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Med: | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dose: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Times: | 1400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stop: | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nursing Signature:
Carmen Mulholland RN
Nursing Signature
Lisa Colon, RN

Peg Smith LPN

N. Willette CMT

Al Cichon PA

Case 3:10-cr-00250   Document 123-1   Filed 09/07/12   Page 2 of 27   PageID #: 659

# Penobscot County Jail
## Medication Verification Note

### Patient Data

| | | |
|---|---|---|
| Date: 8-7-10   Time: 1000 | Name: Riehart Matthew | DOB: |
| Pharmacy #1: Schnucks Newburgh   Phone: 812-853-2425 | Physician: | ID#: MD 7489 |
| Pharmacy #2:   Phone: | Physician: | Phone: |
| Payment Source: | ☐ Check if more than two pharmacy—note on reverse | Phone: |
| | | Sheet 1 of 1 |

Allergy: NKA

### Medication Verification

NOTE: # Record number if medication is a controlled substance. B If brought to jail by inmate indicate Y / N. Comment: Indicate disapproval reason.

| Medication | Strength | Dose | Schedule | Start Date | Last Refill | Y | N | G | F | P | B | # | Approved Yes | No | Provider Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Lexapro | 20 mg | 1 | qd | | 4-10 | | | | | | | | | | hold |
| 2. Wellbutrin XL | 300 mg | 1 | qd | | | | | | | | | | | | hold, |
| 3. Abilify | 5 mg | 1 | qd | | | | | | | | | | | | hold, |
| 4. Seroquel XR | 50 mg | 1 | qhs | | | | | | | | | | | | hold, |
| 5. Adderall XR | 30 mg | 1 | qam | | 2-10-10 | | | | | | | | | | held, |
| 6. Adderall | 10 mg | 1 | qhs | | 2-10-10 | | | | | | | | | | held. |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |
| 9. | | | | | | | | | | | | | | | |
| 10. | | | | | | | | | | | | | | | |

Nurse Notes: hasn't filled since spring

| | | | | | |
|---|---|---|---|---|---|
| Review with jail medical provider | ☑Yes ☐No ☐N/A | Date: 8-7-10 | Time: 1700 | Review ☐ 24 hours ☐ 48 hours ☐ 72 hours |
| Approved by jail medical provider | ☐Yes ☑No ☐N/A | Date: | Time: | |
| Ordered from pharmacy | ☐Yes ☐No ☐N/A | Date: | Time: | |
| Nurse Signature M.M.Miller | | Date: | Time: | |

### Medication Review

Comments:

Monitor: (Circle) ☐ N/A ☐ Vitals: T P B/P PO₂   ☐ Lab:   ☐ Other:

Jail Provider Signature:   Approved ☐ Yes ☑ No ☐ Modified   Date: 8/7/10   Time: 1700

Revision 03 – 09

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☒Yes ☐No | | |
|---|---|---|
| 1) PPD Completed: | 8/15/10 | |
| Results: | Date | |
| neg | | |
| 2) CXR Completed: | | |
| Results: | Date | |
| 3) Health Authority Clearance: | | |
| Sign | | |
| | Date | |

Note: Dates listed above must be within one year of this transfer.

## I. PRISONER/ALIEN

Name: Dehart Matthew

Departed From: PCJ

Destination: CJ Cumberland county

District Name: Jail

Prisoner/Alien-Req #:

Date Departed: 8-13-10

Reason for Transfer:

District #:

D.O.B. 10-11-84

Date In Custody:

## II. CURRENT MEDICAL PROBLEMS

1. Mood D/O
2. ADD
3. 

4. 
5. 
6. 

| Medication | Dose | Route | Medication Required For Care En Route Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☒Yes ☐No If no, Why not? _____

Is prisoner medically able to travel by airplane? ☒Yes ☐No If no, Why not? _____

Is prisoner medically able to stay overnight at another facility en route to destination? ☒Yes ☐No If no, Why not? _____

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐Yes ☒No If yes, state reason: _____

Does prisoner require any medical equipment while in transport status? ☐Yes ☒No If yes, What equipment? _____

Sign & Print Name- Certifying Health Authority:
Carmen Mulholland RN

Phone Number: 947-1002

Date Signed: 8/16/10

Case 3:10-cr-00250    Document 123-1    Filed 09/07/12    Page 3 of 27 PageID #: 660

* Final Report *

Document Type:      E_Emergency Department Record
Document Date:      07 August 2010 0:00
Result status:      Auth (Verified)
Template Title:     EM_EDRECRD
Performed by:       GEERTZ - MD , CHRISTOPHER E on 07 August 2010 17:20
Signed by:          GEERTZ - MD , CHRISTOPHER E on 08 August 2010 4:51
Encounter info:     115062895, EMMC, Out-patient, 08/07/2010 - 08/07/2010

## * Final Report *

**EM_EDRECRD (Verified)**

| EASTERN MAINE MEDICAL CENTER | NAME: | Dehart, Matthew |
|---|---|---|
| 489 State Street | MRN: | 1351005 |
| Bangor, Maine 04401 | DOB: | |
| | FIN: | 115062895 |
| | ADMIT DATE: | 08/07/2010 |
| | DOS: | 08/07/2010 |
| | DICTATED BY: | CHRISTOPHER E GEERTZ, MD |

## EMERGENCY DEPARTMENT RECORD

TIME SEEN: 0055 a.m.

This is a 26-year-old white male brought in in custody of Penobscot County Jail correctional officers with a chief complaint of eye discomfort, possible pesticide exposure.

HISTORY OF PRESENT ILLNESS: The patient has been in custody of law enforcement officers since 0800 hours, 8/6/2010. Patient apparently was in Canada but was transported here in the custody of law enforcement for incarceration. Apparently prior to being incarcerated, he had a possible pesticide exposure. The patient is very vague, has multiple rambling complaints and it is difficult to obtain significant details out of patient. He reports that there were some pellets lying on the ground that he thinks were pesticides that he apparently rubbed in his eyes and maybe rubbed on his skin, as well. He again is not certain what these pellets were but he thinks they might have been pesticide. He cannot state why he rubbed them in his eyes and on his skin. Patient denies other injuries, other complaints. He

is noted to be restless and agitated, fairly tremulous as well as tachycardic. He denies using any illicit drugs or any medications other than the Wellbutrin and the Lexapro that he is prescribed. He states he is supposed to take Adderall but does not take this. The patient has multiple roving complaints when asked why he is incarcerated and why he is here today. He reports that he is here because Homeland Security is accusing him as well as several associates of his of espionage for Russia. He reports that he apparently had an honorable discharge from the United States Air Force months or years previously. Apparently the Federal Bureau of Investigation believes that he and his former associates in the Air Force have been performing espionage and "Everybody has security clearances." "The FBI watches them all the time." "They are accusing him of espionage for Russia." The patient gives very rambling history and does not provide details, but does focus on this. He denies other illnesses or other complaints.

REVIEW OF SYSTEMS: As above. Just irritation to his bilateral eyes. He is noted to be wearing green-tinted contact lenses. He is initially not certain when these were placed, but then states that he placed them this morning. He cannot tell me if these are disposable or single-use or reusable contact lenses. He denies other associated complaints.

Review of systems as above, no headache, no chest pain, abdominal pain, back pain, no fevers or chills, no cough, no difficulty breathing, no nausea, vomiting, diarrhea, bloody stools, melanotic stools, no urinary tract symptoms, no focal or unilateral pain, numbness, weakness, swelling of the arms or legs, positive irritated eyes above. He does acknowledge occasionally hearing voices saying "Matthew" but otherwise denies hallucinations. Other systems reviewed and negative.

ALLERGIES: Dust mites.

CURRENT MEDICATIONS: Wellbutrin and Lexapro.

PAST MEDICAL HISTORY: Significant for asthma, anxiety and depression. He denies any previous diagnosis of bipolar disorder, manic depression or schizophrenia. He denies any other chronic medical illnesses.

FAMILY HISTORY: Significant for his grandmother having bipolar disorder.

SOCIAL HISTORY: The patient denies any illicit drug use. He denies smoking. He drinks only occasional alcohol by his report. He reports that he lives in Indiana with his parents, although he was most recently in Canada. He was apparently discharged from the United States Air Force.

In general, this is a well-developed, well-nourished white male, a little bit tremulous, a little bit hypomanic during the examination with what appear to be delusions, otherwise no acute distress, nontoxic appearing. Vital signs: Temperature is 37.1, pulse 115, respiratory rate 24, blood pressure 150/88, pulse oximetry 100% on room air. Head, eyes, ears, nose, throat: Normocephalic, atraumatic. Pupils equally round and reactive to light, extraocular movements intact. He has the green-tinted contact lenses in place. His conjunctivae are injected and erythematous. There is no discharge from the conjunctivae. Patient's contact lenses are removed. The pH of the bilateral eyes is between 7 and 8. Wood lamp examination of the bilateral eyes reveals no fluorescein uptake or lesions noted. Oropharynx is clear with pink moist mucous membranes. Lips are somewhat dry. Neck is supple, no jugular venous distention, adenopathy, thyromegaly, nuchal rigidity. Chest is nontender. Lungs: Clear to auscultation bilaterally, no rales, rhonchi or wheezes, no retractions. Cardiovascular is initially mildly tachycardic, no murmurs, rubs or gallops, +1 radial and dorsalis pedis pulses. Abdomen is soft, nontender, nondistended, no rebound or guarding. Back: No costovertebral angle or spinal tenderness. Extremities: No clubbing, cyanosis or edema, less than 1-second capillary refill time. His skin is warm and dry. Neurologic: Alert and oriented x3. He does know that it is "the weekend," early August of 2010. He believes that he is in Calais, Maine (where he apparently was brought across the border). Cranial nerves 3 through 12 intact, bilateral 5/5 grip strength, elbow flexion/extension, shoulder flexion/extension, knee flexion/extension, ankle flexion/extension. No meningismus, no Kernig or Brudzinski sign. No receptive or expressive aphasia. Psychiatric: Patient verbalizes the occasional auditory hallucinations with people calling his name as above. He appears to be paranoid and delusional with an idea of the FBI monitoring him and accusing him of espionage. He denies any suicidal or homicidal ideation.

ASSESSMENT:
1.   Acute psychosis.
2.   Tachycardia.
3.   Tremors.
4.   Bilateral eye irritation, possibly secondary to his contact lenses being in place for 36 hours, no evidence of chemical conjunctivitis or ocular foreign body.

Printed by:    BAKER, TANYA M
Printed on:    02/01/2012 11:29

MEDICAL DECISION MAKING: Patient's acute psychosis associated with his tachycardia and tremors is most consistent with possible drug-induced psychosis such as secondary to amphetamines, cocaine, or other stimulant medications. The patient does have a family history of bipolar disorder. He has a prior diagnosis of depression and likely attention deficit hyperactivity disorder given the fact that he reports that he is supposed to be taking Adderall. It is not uncommon to be diagnosed with attention deficit hyperactivity disorder prior to ultimately being diagnosed with bipolar disorder and I believe that this may be an acute psychotic break of bipolar disorder or schizophrenia. Certainly, this may have been exacerbated by any illicit drugs. The patient has no fever. He has no meningismus. I doubt infection such as meningitis or encephalitis causing the symptomatology. Consider other toxic or metabolic pathology.

PLAN: CBC, CMP, urinalysis, urine drug screen have been obtained. CT scan of the brain without contrast has been obtained as well. His laboratory evaluation reveals comprehensive metabolic profile significant for a potassium of 3.3, anion gap of 17 with a bicarbonate of 22, total protein of 8.0, calcium of 10.6. Liver function tests are all normal. Total CK is 70. CBC is normal other than the minimal lymphopenia, 23.9% lymphocytes with a white count of 7.5. Urinalysis is significant for 40 mg per deciliter of ketones, small bilirubin, trace blood. Serum drug screen is negative. Urine drug screen is positive for amphetamines.

Orthostatic vital signs have been obtained. Initially, his blood pressure remained stable but his heart rate went from the 190s to 130s. Patient was treated with normal saline 1 liter bolus. His heart rate remained stable and no longer tachycardic thereafter. He has been observed here for several hours. CT scan of the brain without contact has been obtained. Please refer to Night Hawk Radiology Services' dictation for complete details. However, this is read as "...IMPRESSION: No definite acute intracranial abnormality." On final reexamination at 0305 a.m., patient is resting comfortably. His tachycardia and tremors have resolved. His tachycardia has resolved. He feels well for discharge.

FINAL ASSESSMENT:
1.     Acute psychosis.
2.     Tachycardia.
3.     Tremors.
4.     Amphetamine use.

* Final Report *

5.      Bilateral eye irritation, possibly secondary to prolonged use of contact lenses.

PLAN:  Patient is medically cleared to return to the jail.  He is discharged in the care of correctional officers.  I have discussed with them at length that the patient requires psychiatric evaluation while he is incarcerated and reevaluation of the eye discomfort after contact removal by myself.  The patient is discharged back to the jail in stable guarded condition.


CHRISTOPHER E GEERTZ, MD

CEG/js
DD: 08/07/2010          DT: 04:33
TD: 08/07/2010          TT: 17:01
JOB#: 8455230


**Completed Action List:**
* Transcribe by SHOREY, JULIE on 07 August 2010 17:20
* Perform by GEERTZ - MD , CHRISTOPHER E on 07 August 2010 17:20
* Author by GEERTZ - MD , CHRISTOPHER E on 07 August 2010 17:20
* Sign by GEERTZ - MD , CHRISTOPHER E on 08 August 2010 4:51 Requested on 07 August 2010 17:20
* VERIFY by GEERTZ - MD , CHRISTOPHER E on 08 August 2010 4:51

| | |
|---|---|
| Document Type: | ED Pat Edu |
| Document Date: | 07 August 2010 3:13 |
| Result status: | Auth (Verified) |
| Template Title: | ED Pat Edu |
| Performed by: | GEERTZ - MD , CHRISTOPHER E on 07 August 2010 3:13 |
| Encounter info: | 115062895, EMMC, Out-patient, 08/07/2010 - 08/07/2010 |

## * Final Report *

**ED Pat Edu (Verified)**

# EASTERN MAINE MEDICAL CENTER

489 State Street

Bangor, Maine 04401

**(207) 973-8000**

# Emergency Department Discharge Instructions

Thank you for visiting our Emergency Department today. We know your time is valuable and we appreciate your patience.

**Name:** MATTHEW DEHART          **DOB:**

**Chief Complaint:** EYE PAIN

**MRN:** 1351005

**FIN:** 115062895

**Visit Date:** 08/07/10 00:39:00

**Current Date:** 08/07/10 03:13:31

**Primary Care Provider:**

**Name:** OUT-OF-STATE, REFERRING P, Default CHRISTOPHER E, Physician

**Phone:**

**Emergency Department Care Providers:**

**ED Attending Physician:** GEERTZ - MD ,

**ED Nurse:**

**ED PA/NP Physician:**

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKGs and X-rays, we will review them

Case 3:10-cr-00250     Document 123-1     Filed 09/07/12     Page 9 of 27 PageID #: 666

again within 24-72 hours. We will call you if there are any further instructions.

After leaving, you should **FOLLOW THE INSTRUCTIONS BELOW.**
You should continue your home medications, unless otherwise instructed by the Emergency Department Clinician, that examined you today. Please read all medication instructions, package inserts, and informational materials provided.

**Follow Up With:**          **Where:**                              **When:**
REFERRING                                                          Within As needed if
OUT-OF-STATE                                                  symptoms worsen or
                                                                          change.
**Comments:**


**Follow Up With:**          **Where:**                              **When:**
OTHER FACILITY                                                  Within 3 to 5 days
**Comments:**
Follow-up in jail or with your primary-practitioner-for-further evaluation and treatment of your eye discomfort as well as your acute psychosis.- Return if worse.

Case 3:10-cr-00250    Document 123-1    Filed 09/07/12    Page 10 of 27 PageID #: 667

**Patient Education Materials:**
Eye

# CHEMICAL EXPOSURE: EYE



You had a chemical exposure to your eye. The effects can range from mild irritation to permanent scarring and vision loss. The type of chemical, how dilute it was and how long it was in your eye will determine how serious this exposure was.

It is common to have some irritation for the next 24 hours, even in mild cases. If the exposure was more serious, be sure to follow up as directed.

## HOME CARE:
1) A cold pack (ice in a plastic bag, wrapped in a towel) may be applied over the eye for 20 minutes at a time. This will reduce pain.

2) Eye drops may be prescribed to reduce irritation or redness. Otherwise, Visine or similar over-the-counter decongestant eye drops may be used, unless you are told otherwise.

3) Tylenol (acetaminophen) or Advil (ibuprofen) may be taken every six hours, unless another pain medicine has been prescribed.

4) If an EYE PATCH was applied:
   -- You may place the ice pack over the eye-patch.
   -- If you were given a return appointment for patch removal and re-exam, do not miss it. An eye patch should not be left in place for more than 48 hours, unless you are advised to do so by your doctor.
   -- DO NOT DRIVE a motor vehicle or use machinery with the patch in place. It is difficult to

Case 3:10-cr-00250    Document 123-1    Filed 09/07/12    Page 11 of 27 PageID #: 668

* Final Report *

judge distance with only one eye.

**FOLLOW UP** with your doctor or this facility as directed, or if your symptoms have not improved after 24 hours.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- Increased eyelid swelling
-- Increasing pain in the eye
-- Increasing redness or drainage from the eye  .
-- Failure of normal vision to return within 24-48 hours

Psych
# PSYCHOSIS
Psychosis is a mental health problem.  It causes a person to be out of touch with reality and affects a persons daily functioning.

There are different kinds of psychosis:
- Drug-induced (due to alcohol, methamphetamine, cocaine, LSD, PCP and others)
- Bipolar disorder (also called Manic-Depression)
- Depression
- Schizophrenia
- Dementia

Symptoms of psychosis can include:
- Hearing voices that others do not hear
- Seeing things that others do not see
- Racing thoughts
- Lack of energy
- Feeling extremely fearful

Treatment for psychosis depends on the cause.  Medicine, with or without psychotherapy, is often used.

**HOME CARE:**
1) Be sure to take your medicine as directed even if you think you don't need it.

2) Talk with your family about your feelings and thoughts.

**FOLLOW UP** with your counselor, therapist or psychiatrist as advised by our staff.  To learn more about this illness and available resources, contact your local mental health organization.

Case 3:10-cr-00250     Document 123-1     Filed 09/07/12     Page 12 of 27 PageID #: 669

National Alliance for Mental Illness:   http://www.nami.org/.

**RETURN PROMPTLY** or contact your doctor if any of the following occurs:
-- Feeling like you want to harm yourself or another
-- Feeling extremely depressed
-- Feeling out of control or being controlled by others
-- Unable to care for yourself

## Prescriptions

No prescriptions were provided.

## Important Instructions:

- **IF WE HAVE REFERRED YOU TO ANOTHER DOCTOR, MAKE SURE YOU BRING THESE INSTRUCTIONS TO THE APPOINTMENT.**

- If your problem requires close follow-up, as noted above, and you have a regular physician, please call him/her, describe the problem you were seen for today and the need for follow-up. You and your doctor will decide whether your follow-up should be with your doctor or in the Emergency Department.

- **AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Please follow the instructions above carefully and take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **CALL OR VISIT YOUR DOCTOR RIGHT AWAY.** If you can't reach your doctor or your condition worsens, return to the Emergency Department.

- If your Emergency Department provider has requested that you have follow up x-rays or cardiac studies in the next few days, please be sure to contact your insurance company and / or your primary physician to make sure that the services will be **authorized by your insurance company.**

## Patient Satisfaction:

The Emergency Department Staff hope you **strongly agree** that we **exceeded your expectations** and provided you with **very good care** while you were a patient in the ED. You may receive a patient satisfaction survey

* Final Report *

regarding your hospital visit. We ask that you complete the survey should you receive one. This will help us learn what we are doing well and where we need to improve. **Thank you** for choosing EMMC for your healthcare needs.

## Other Information:

Organ and tissue donation saves lives. We encourage you to consider this opportunity to give the gift that goes on living. Please discuss your wishes with your family. If you would like more information contact the New England Organ Bank at - 1-800-4460 NEOB. (6342)

## Billing:

It is our goal in Patient Account Services to serve your billing needs. We are available to clearly explain the billing and payment procedures to insure the billing and payments were handled properly and help you with any questions or concerns. Patient Account Service Representatives are available to answer your calls and can be reached by calling (207) 973-5000 between the hours of 8:00 AM and 4:30 PM Monday through Friday, or visit our web site at billinghelp.emmc.org. Please call or e-mail us with any questions you have regarding your bill.

# EASTERN MAINE MEDICAL CENTER

489 State Street
Bangor, Maine 04401

**(207) 973-8000**

## Patient Visit Summary

**Name:** MATTHEW DEHART
**Chief Complaint:** EYE PAIN
**MRN:** 1351005
**FIN:** 115062895

**DOB:**

**Visit Date:** 08/07/10 00:39:00
**Current Date:** 08/07/10 03:13:31

**Patient Education Materials:**
Eye
  EYE EXPOSURE, Chemical
Psych
  PSYCHOSIS

**Prescriptions:**

**Follow-Up Instructions:**

| **Follow Up With:** REFERRING OUT-OF-STATE | **Where:** | **When:** Within As needed if symptoms worsen or change. |

**Comments:**

| **Follow Up With:** OTHER FACILITY | **Where:** | **When:** Within 3 to 5 days |

**Comments:**
Follow up in jail or with your primary practitioner for further evaluation and treatment of your eye discomfort as well as your acute psychosis. Return if worse.

"I have received and understand this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_____          _____
Patient Signature                                                                  Date/Time

The patient and or responsible person have received this information and tell me that all questions have been answered.

_____          _____
Provider Signature                                                                 Date/Time

**Completed Action List:**
* Perform by GEERTZ - MD , CHRISTOPHER E on 07 August 2010 3:13
* Perform by GEERTZ - MD , CHRISTOPHER E on 07 August 2010 3:13

Case 3:10-cr-00250    Document 123-1    Filed 09/07/12    Page 16 of 27 PageID #: 673

# EASTERN MAINE MEDICAL CENTER

489 State Street
Bangor, Maine 04401

(207) 973-8000

## Patient Visit Summary

**Name:** MATTHEW DEHART
**Chief Complaint:** EYE PAIN
**MRN:** 1351005
**FIN:** 115062895

**DOB:**

**Visit Date:** 08/07/10 00:39:00
**Current Date:** 08/07/10 03:13:31

### Patient Education Materials:
Eye
  EYE EXPOSURE, Chemical
Psych
  PSYCHOSIS

### Prescriptions:

### Follow-Up Instructions:
**Follow Up With:**        **Where:**                     **When:**
REFERRING                                                  Within As needed if
OUT-OF-STATE                                               symptoms worsen or
                                                           change.

**Comments:**

**Follow Up With:**        **Where:**                     **When:**
OTHER FACILITY                                             Within 3 to 5 days
**Comments:**
Follow up in jail or with your primary practitioner for further evaluation and treatment of your
eye discomfort as well as your acute psychosis. Return if worse.

"I have received and understand this information and my questions have been answered. I have discussed any
challenges I see with this plan with the nurse or physician."

X _Custody of PT_ _____        _____0325_____
Patient Signature                                        Date/Time

The patient and or responsible person have received this information and tell me that all questions have been
answered.

_____                _____8-7-10_____
Provider Signature                                      Date/Time

Images - Copyright © 2004 The StayWell Company
Copyright © 1990-2007 Parker Hill Associates, Inc.

Name: DEHART, MATTHEW
DOB: 06/ ⋅ MRN: 1351005
FIN: 115062895 DOS: 08/07/2010

**EMERGENCY SERVICE RECORD**
EASTERN MAINE MEDICAL CENTER
PO BOX 404, BANGOR, ME 04402-0404
(207) 973-8000

**CLINICIAN DOCUMENTATION**

| Time | Room | Clin. 00 5̄ |
|---|---|---|

ED PA/FNP:

ED PHYSICIAN: _(signature)_

PCP/CONSULT TO SEE:

| | TIME | CLINICIAN PROGRESS |
|---|---|---|
| INT WHEN DONE | HPI | (B) _illegible_ ? _illegible_ |
| | Location | |
| CLINIC | Quality | |
| | Severity | |
| PRIMARY | Duration | |
| | Timing | |
| CHARGE | Context | |
| | Modifying Factors | |
| | Associated Signs & Symptoms | |
| | ROS | |
| HALL ST. # | Constitutional | _illegible_ |
| | Eyes | pl 70-80 (B) _illegible_ conjunctivae injected |
| ROOM # | ENT | |
| | Cardio. | |
| DICTATION | Resp. | |
| ☐ ED CLIN | G.I. | |
| ☐ RESIDENT | G.U. | |
| ☐ STUDENT | Musculo. | |
| | Integ. | |
| | Neuro | |
| ADM CALL: | Psych. | |
| | Endocrine | |
| ADM RM # | Hematologic / Lymphatic | |
| | Allergic / Immunologic | |
| TIME OUT | | |

PAST HISTORY
FAMILY HISTORY _6m - 3/10_
SOCIAL HISTORY _illegible_

**DISCHARGE**

IMPRESSION _illegible Psychosis ... Amphetamine Use_

MEDICATIONS / FOLLOW-UP

| DISPOSITION |
|---|
| ☐ ADMIT |
| ☐ AMA |
| ☐ LEFT @ COMPLETION |
| ☐ LEFT @ BEING SEEN |
| ☐ LEFT @ INSTRX |
| ☐ REPORTABLE CASE |
| ☐ DISCHARGED |
| ☐ DISCH. @ REFERRAL |
| ☐ TRANSFER |

| CONDITION REPORT |
|---|
| ☐ TREATED & RELEASED |
| ☐ IMPROVED |
| ☐ GOOD |
| ☑ FAIR |
| ☐ SERIOUS |
| ☐ CRITICAL |

| PRIVATE / CONSULTING PHYSICIAN | ED PA / NP | ED PHYSICIAN |
|---|---|---|
| | | _(signature)_ |

250-0581-0 ED-9 #326 (9/22/09)

**Please Return This Form to the ED**

100000326

# Original of ED Record Must Remain in ED

Name: DEHART, MATTHEW

DOB: ,  MRN: 1351005

FIN: 115062895  DOS: 08/07/2010

EASTERN MAINE MEDICAL CENTER
EMERGENCY SERVICE STANDARD ORDER SHEET

| DATE REQUESTED | TRIAGE LEVEL | LOCATION |
|---|---|---|

| REQUEST #1 TIME / INIT | REQUEST #2 TIME / INIT | REQUEST #3 TIME / INIT |
|---|---|---|
| 0124 / A | | |

100000071

## ORDER

☐ JPP Pain

☐ JPP Fever

☐ JPP Other _____

for:

by:  (time)

**TTW** Therapeutic Time Window

Outpt STATS  d/2w

B/cy x ③ y/s

NB + for blus  Q 7

discharge is care d Perd sort Coun
J=1  correctional officers
05/4

## LABORATORY PRIORITY LEVELS

### BLOOD BANK
1 ☐ RH TYPE
2 ☐ TYPE & SCREEN
3 ☐ TYPE & CROSS  U.P.C.

### CHEMISTRY
4 ☐ ABG (Call Respiratory)
5 ☐ BASIC METABOLIC PANEL
6 ☑ CMP
7 ☐ HCG, SERUM (QUANT.) *
8 ☐ LIPASE
9 ☐ MAGNESIUM
10 ☐ OSMOLALITY (SERUM)
11 ☐ PHOSPHORUS
12 ☐ PREGNANCY, SERUM (QUAL)
13 ☐ TSH (STAT) *

### HEMATOLOGY
14 ☑ CBC
15 ☐ MONOSPOT
16 ☐ SED RATE

### COAGULATION
17 ☐ DVT / PE SCREEN
18 ☐ FIBRINOGEN
19 ☐ PROTIME & INR
20 ☐ PTT

### LIVER FUNCTION TEST
21 ☐ BILI, TOTAL
22 ☐ HEPATIC FUNCTION PANEL
23 ☐ HEPATITIS - ACUTE

### CSF STUDIES
24 ☐ CSF PANEL (inc glucose, protein, cell count)
25 ☐ CSF CULTURE & GRAM STAIN
26 ☐ CSF GLUCOSE
27 ☐ CSF PROTEIN
28 ☐ CSF CELL COUNT
29 ☐ CSF Other _____

### EXTRA TUBES
30 ☐ EXTRA BLOOD BANK
31 ☐ EXTRA BLUE TOP
32 ☐ EXTRA GOLD TOP
33 ☐ EXTRA GREEN TOP
34 ☐ EXTRA LAVENDER TOP

### ISTAT
35 ☐ ISTAT 8
36 ☐ CREATININE
37 ☐ TROPONIN I
38 ☐ INR
39 ☐ LACTATE

☐ EKG

### MICROBIOLOGY
1 ☐ BLOOD CULTURE
2 ☐ PERTUSSIS BY PCR
3 ☐ SPUTUM CULTURE & GRAM STAIN
4 ☐ STREP, RAPID
5 ☐ VIRUS-RESPIRATORY
6 ☐ VIRAL CULTURE (used for all sources except respiratory)

### STD STUDIES
7 ☐ CHLAMYDIA CULTURE
8 ☐ HERPES CULTURE
9 ☐ RPR
10 ☐ STD PANEL
11 ☐ VAG. TRICH SCREEN
12 ☐ VAG. SCREEN REPRODUCTIVE AGE

### STOOL STUDIES
13 ☐ STOOL - CLOSTRIDIUM DIFFICILE
14 ☐ STOOL CULTURE
15 ☐ STOOL O & P - ROUTINE
16 ☐ STOOL O & P - TRAVEL HX
17 ☐ STOOL SMEAR FOR WBC'S

### TOXICOLOGY
18 ☐ ACETAMINOPHEN
19 ☐ CARBAMAZEPINE (TEGRETOL)
20 ☐ CARBOXYHEMOGLOBIN
21 ☐ DIGOXIN
22 ☐ ETHANOL
23 ☐ LITHIUM *
24 ☐ PHENOBARBITAL
25 ☐ PHENYTOIN
26 ☐ SALICYLATE
27 ☐ TOX SCREEN, SERUM *
28 ☑ VALPROIC ACID (DEPAKOTE) *

### URINE TOXICOLOGY
29 ☑ DRUGS OF ABUSE
30 ☐ TOX SCREEN, URINE *

### URINE STUDIES
31 ☐ UA (DIP, MICRO IF INDICATED)
32 ☑ URINE REFLEX
33 ☐ URINE PREGNANCY
34 ☐ UA & CULTURE (REGARDLESS)

### TRAUMA PANELS
35 ☑ CARDIAC
36 ☐ THROMBOLYTIC-CARDIAC
37 ☐ TROPONIN PROTOCOL
38 ☐ WHOLE BLOOD-ARTERIAL
39 ☐ WHOLE BLOOD-VENOUS
40 ☐ SEPSIS PANEL

☐ REPEAT EKG

☐ Gastroccult ☐ + ☐ OC Completed ☐ - ☐ Clinician Aware of Result

☐ Hemoccult ☐ + ☐ OC Completed ☐ - ☐ Clinician Aware of Result

☐ Tdap 0.5 mL IM  ☐ DT 0.5 mL IM

☐ Re-Check VSS

☐ MEDICATION EDUCATION PER PROTOCOL

## RADIOLOGY

| HEAD | SPINE | CHEST | ABDOMEN | UPPER EXTREMITIES | | | LOWER EXTREMITIES | | |
|---|---|---|---|---|---|---|---|---|---|
| CT SCAN | C-SPINE (MINIMUM 4 VIEW) | CHEST / PA & LAT | ABD (2 VIEW) & PA CHEST | SHOULDER | R | L | FEMUR | R | L |
| FACIAL BONES | C-SPINE (OBL, FLEX, EXT) | CHEST / SINGLE VIEW | ABD (2 VIEW) FLAT & UPRIGHT | HUMERUS | R | L | KNEE | R | L |
| ORBIT | T-SPINE | CHEST (PORT) | LAT CROSS TABLE VIEW | ELBOW | R | L | TIB - FIB | R | L |
| NASAL BONES | L-SPINE | A-C JOINT R  L | KUB/PLAIN FILM | FOREARM | R | L | ANKLE | R | L |
| NASOPHAR/SOFT-TISS. NECK | OBLIQUES | SCAPULA R  L | ABD / CHILD / R/O F B. | WRIST | R | L | FOOT | R | L |
| MANDIBLE | COCCYX & SACRUM | STERNUM R  L | | HAND | R | L | CALCANEOUS (HEEL) R  L |
| PANOREX | HIP/PELVIS R  L | RIBS/PA CHEST R  L | | FINGER | R | L | TOE | R | L |
| SINUSES | PELVIS | RIBS (UNILAT) R  L | | THUMB | R | L | LOWER EXTREM. INFANT |
| | PELVIS (2 VIEW) | | | UPPER EXTREM. INFANT (2 FILMS) R  L | | | (2 FILMS) R  L |

Signs/Symptoms: AMS | Acute Myhosis

Relevant Diagnosis:

Questions/Concerns: / MASS / Bleed

### SIGNATURES

PA/NP/RESIDENT

PHYSICIAN

*Tests performed @ ALL-Union Street Laboratory

**Please Return This Form to the ED**

# CT Brain

* Final Report *

| | |
|---|---|
| Document Type: | CT Brain |
| Document Date: | 07 August 2010 2:52 |
| Result status: | Auth (Verified) |
| Performed by: | CASSUM, RANDY A on 07 August 2010 2:52 |
| Signed by: | TEMPLETON - MD, PAUL W as proxy for PICCIRILLO - MD, MARK N on 09 August 2010 16:45 |
| Encounter info: | 115062895, EMMC, Out-patient, 08/07/2010 – 08/07/2010 |

## * Final Report *

**Reason For Exam**
ams/acute psychosis, r/o mass/bleed

**Report DTA**

DOB:        ｝

ORDERING PHYSICIAN:  Christopher E. Geertz, MD.

DICTATED BY:  Mark Piccirillo, MD.

CT OF THE BRAIN WITHOUT INTRAVENOUS CONTRAST:

DATE OF EXAMINATION:  August 7, 2010.

INDICATION:  Acute mental status change, psychosis.  Question mass or bleed.

TECHNIQUE:  CT of the brain was performed without intravenous contrast.

COMPARISON:  No comparison brain imaging is available.

FINDINGS:  Evaluation of supratentorial structures demonstrates the ventricular system to be normal in size for age and midline.  No intra- or extra-axial mass lesions or collections are identified and no signs of hemorrhage or evolving infarction in the region are apparent.

Scans through the posterior fossa demonstrate the fourth ventricle to be normal in size and midline. No abnormality of the brainstem or cerebellum is apparent.

Evaluation of bone reveals no pertinent findings. Visualized paranasal sinuses and mastoid air cells appear clear.

IMPRESSION:
1.     Negative CT of the brain without intravenous contrast.
2.     A concurring preliminary interpretation was provided by Dr. Troy Belle of NightHawk Radiology Services on August 7, 2010, at 02:40 hours.

D: 08/07/2010 8:48 AM


**Signature Line**
PHYSICIAN: PICCIRILLO - MD, MARK N
Signed: 08/09/2010 4:45
Transcriptionist: GMH   08/08/2010 4:07


**Completed Action List:**
* Order by GEERTZ - MD , CHRISTOPHER E on 07 August 2010 1:37
* Perform by CASSUM, RANDY A on 07 August 2010 2:52
* VERIFY by PICCIRILLO - MD, MARK N on 09 August 2010 16:45

Case 3:10-cr-00250   Document 123-1   Filed 09/07/12   Page 21 of 27 PageID #: 678

EASTERN MAINE MEDICAL CENTER
489 STATE ST
BANGOR, ME 044016674

Patient Name: DEHART, MATTHEW
Med Rec Nbr: 1351005
Financial Nbr: 115062895

# H E M A T O L O G Y

| | | Date | 8/7/2010 |
|---|---|---|---|
| | | Day of Stay | Sat |
| | | Time | 1:37:00 AM |

| Procedure | Units | Ref Range | | Performed/Verified |
|---|---|---|---|---|
| White Blood Cell Count | Th/uL | [4.8-10.8] | 7.5 | SYSTEM |
| Hemoglobin | g/dL | [14.0-18.0] | 15.8 | SYSTEM |
| Hematocrit | % | [42.0-52.0] | 44.4 | SYSTEM |
| Platelet Count | Th/uL | [150-400] | 293 | SYSTEM |
| Mature Neutrophils | % | [45.0-85.0] | 66.6 | SYSTEM |
| Lymphocytes | % | [25.0-45.0] | 23.9 | SYSTEM |
| Monocytes | % | [1.0-9.0] | 8.8 | SYSTEM |
| Eosinophils | % | [0.0-5.0] | 0.4 | SYSTEM |
| Basophils | % | [0.0-2.0] | 0.3 | SYSTEM |
| Neutrophils Absolute | Th/uL | [1.90-7.80] | 4.99 | SYSTEM |
| Lymphocytes Absolute | Th/uL | [1.00-4.50] | 1.79 | SYSTEM |
| Monocytes Absolute | Th/uL | [0.10-0.80] | 0.66 | SYSTEM |
| Eosinophils Absolute | Th/uL | [0.00-0.50] | 0.03 | SYSTEM |
| Basophils Absolute | Th/uL | [0.00-0.20] | 0.02 | SYSTEM |
| Red Blood Cell Count | Mil/uL | [4.50-6.00] | 5.29 | SYSTEM |
| Mean Corpuscular Volume | fL | [80.0-100.0] | 83.9 | SYSTEM |
| Mean Corpuscular Hemoglobin | pg | [28.0-34.0] | 29.9 | SYSTEM |
| Mean Corpuscular HGB Concentration | g/dL | [32.0-36.0] | 35.6 | SYSTEM |
| Red Cell Distribution Width-SD | fL | [35.0-47.0] | 37.8 | SYSTEM |
| Red Cell Distribution Width-CV | % | [11.5-13.5] | 12.4 | SYSTEM |
| Mean Platelet Volume | fL | [8.5-12.0] | 9.8 | SYSTEM |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| SYSTEM | SYSTEM | 2/16/2000 3:27:29 PM | 12/1/2100 12:00:00 AM |

Patient Name: DEHART, MATTHEW          Med Rec Nbr: 1351005

# *U R I N A L Y S I S*

|  | Date | 8/7/2010 |
|---|---|---|
|  | Day of Stay | Sat |
|  | Time | 1:50:00 AM |

| Procedure | Units | Ref Range | | Performed/Verified |
|---|---|---|---|---|
| Color | | | Yellow | LBLAB1 |
| Appearance | | | Clear | LBLAB1 |
| Glucose Qualitative Urine | | [Negative] | Negative | LBLAB1 |
| Bilirubin Urine | | [Negative] | Small | LBLAB1 |
| Ketones Urine | | [Negative] | 40 | LBLAB1 |
| Specific Gravity Urine | | | 1.010 | LBLAB1 |
| Blood Urine | | [Negative] | Trace | LBLAB1 |
| pH Urine | | | 6.5 | LBLAB1 |
| Protein Semi-Quantitative Urine | | [Negative] | Trace | LBLAB1 |
| Nitrite Urine | | [Negative] | Negative | LBLAB1 |
| Leukocyte Esterase Urine | | [Negative] | Negative | LBLAB1 |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| LBLAB1 | WALKER , LINDSAY A | 1/16/2009 2:19:13 PM | Current |

Chart Printed: 02/01/12 at 11:30 AM

Patient Name: DEHART, MATTHEW     Med Rec Nbr: 1351005

# U R I N E   D R U G S   &   O T H E R   B O D Y   F L U I D S

|  | Date | 8/7/2010 |
|--|------|----------|
|  | Day of Stay | Sat |
|  | Time | 1:50:00 AM |

| Procedure | Units | Ref Range |  | Performed/Verified |
|-----------|-------|-----------|--|--------------------|
| Amphetamine Urine |  |  | Present | ALI597 |
| Urine Threshold |  |  | See Note | ALI597 |
| Amphetamine Urine |  |  | Present | ALI597 |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|-----------|----------------------|---------------------------|-------------------------|
| ALI597 | MCAVOY, FRANK P | 5/27/2003 12:00:00 AM | Current |

8/7/2010 1:50:00 AM Urine Threshold:

**NOTE: The patient results appear above. All positive results by this screening procedure have not been confirmed. Results should be used only for medical (i.e., treatment) purposes. Results must not be used for non-medical purposes (e.g., employment test, legal testing). This urine specimen was tested for the presence of the substances listed below. (The lower limits of detection are in ng/mL.)

| | |
|--|--|
| Benzodiazepines | 300 |
| Cocaine metabolite | 300 |
| Cannabinoids | 50 |
| Opiates | 300 |
| Barbiturates | 200 |
| Methadone metabolite | 300 |
| Amphetamine/Methamphetamine | 500 |
| Oxycodone | 100 |

Chart Printed: 02/01/12 at 11:30 AM

Patient Name: DEHART, MATTHEW          Med Rec Nbr: 1351005

## S E R U M   D R U G S

|  | Date | 8/7/2010 |
|---|---|---|
|  | Day of Stay | Sat |
|  | Time | 1:37:00 AM |

| Procedure | Units | Ref Range | | Performed/Verified |
|---|---|---|---|---|
| Serum Drug - Interpretation | | | None Detected | ALI597 |
| Serum Drug - Interpretation | | | None Detected | ALI597 |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| ALI597 | MCAVOY, FRANK P | 5/27/2003 12:00:00 AM | Current |

8/7/2010 1:37:00 AM Serum Drug - Interpretation:

*NOTE: The patient results appear above. All positive results by this screening procedure are presumptive. This serum was tested for the presence of the substances listed below. [The lowest reportable level is in ug/mL unless noted.]

Acetaminophen.................. 5.0
Acetone............................ 10 mg/dL
Butalbital.......................... 2
Caffeine............................ 25
Carbamazepine.................. 2.0
Chlordiazepoxide.............. 0.30
Diazepam.......................... 0.05
Ethanol............................. 10 mg/dL
Isopropanol....................... 10 mg/dL
Meprobamate..................... 5.0
Methanol........................... 10 mg/dL
Nordiazepam..................... 0.05
Pentobarbital.................... 2.0
Phenobarbital................... 5.0
Phenytoin.......................... 2.5
Salicylate.......................... 5.0 mg/dL

Chart Printed: 02/01/12 at 11:30 AM

Patient Name: DEHART, MATTHEW          Med Rec Nbr: 1351005

# C H E M I S T R Y

|  |  |  | Date | 8/7/2010 |  |
|---|---|---|---|---|---|
|  |  |  | Day of Stay | Sat |  |
|  |  |  | Time | 1:37:00 AM |  |

| Procedure | Units | Ref Range |  | Performed/Verified |
|---|---|---|---|---|
| Sodium Level | mEq/L | [134-142] | 138 | SYSTEM |
| Potassium Level | mEq/L | [3.5-5.0] | 3.3 | SYSTEM |
| Chloride Level | mEq/L | [98-107] | 99 | SYSTEM |
| Carbon Dioxide | mEq/L | [22-32] | 22 | SYSTEM |
| Anion Gap | mEq/L | [3-12] | 17 | SYSTEM |
| Urea Nitrogen | mg/dL | [5-20] | 8 | SYSTEM |
| CREATININE | mg/dL | [0.70-1.30] | 0.83 | SYSTEM |
| CrCl (Cockcroft-Gault) For Med Dosing | mL/min |  | 140 | SYSTEM |
| eGFR (MDRD) |  |  | >60 | SYSTEM |
| Glucose Level | mg/dL | [70-120] | 93 | SYSTEM |
| Total Protein | g/dL | [6.1-7.9] | 8.0 | SYSTEM |
| Albumin | g/dL | [3.5-5.2] | 5.0 | SYSTEM |
| Calcium Level | mg/dL | [8.8-10.3] | 10.6 | SYSTEM |
| Total Bilirubin | mg/dL | [0.1-1.0] | 0.8 | SYSTEM |
| Alkaline Phosphatase | Int_Unit/L | [40-130] | 57 | SYSTEM |
| Alanine Aminotransferase | Int_Unit/L | [0-41] | 20 | SYSTEM |
| Aspartate Aminotransferase | Int_Unit/L | [0-40] | 14 | SYSTEM |
| CK Total | Int_Unit/L | [39-308] | 70 | SYSTEM |

| User Name | Signature/Credentials | Begin Effective Date/Time | End Effective Date/Time |
|---|---|---|---|
| SYSTEM | SYSTEM | 2/16/2000 3:27:29 PM | 12/1/2100 12:00:00 AM |

8/7/2010 1:37:00 AM eGFR (MDRD):
In adults ages 18 years and older, the Modification of Diet in Renal Disease (MDRD) Study equation has been shown to be reliable in estimating GFR from serum creatinine. The NKDEP Laboratory working group warns that the MDRD Study equation should only be used in individuals age 18 and older. In addition, this equation has not been validated for use with the elderly (> 70 years of age), pregnant women, patients with serious comorbid conditions, or persons with extremes of body size, muscle mass, or nutritional status. GFR estimating equations also have poorer agreement with measured GFR for ill, hospitalized patients.

Values <60 mL/min/1.73m2 indicate impaired renal function.

8/7/2010 1:37:00 AM CMP:
Lytes repeated



# Mulberry Center, Inc.

### Solutions For Life

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

August 11, 2010

Acadia Hospital Corp.
Acadia Healthcare, Inc
268 Stillwater Ave.
P.O. Box 422
Bangor, Maine

C/O Penobscot County Jail, Medical Office

RE: DeHART, Matthew

Mr. DeHart is on Lexapro 20mg each morning; Abilify 5mg each morning; Buproprian XL each morning and Seroquel XR 50mg at 7 p.m. His diagnosis is Mood DO (NOS) and ADD.

Sincerely,

R. Buckland Thomas, M.D.
Staff Psychiatrist

www.mulberrycenter.org
414 S.E. Fourth Street | Evansville, IN 47713-1206 | 812.423.4700 | Fax 812.421.2618 | Toll Free 1.877.338.7492
A Southwestern Healthcare, Inc. Affiliate