

# Mulberry Center, Inc.

*Solutions For Life*

August 16, 2012

Mr. Mark C. Scruggs, Attorney-at-Law
95 White Bridge Rd., Suite 508
Nashville, TN 37205

This information has been disclosed to you from records protected by Federal confidentiality ... 42 CFR Part2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

RE: MATTHEW DEHART

Dear Mr. Scruggs:

We are writing this letter to you to provide clinical information that hopefully will assist you in your efforts to have charges against Mr. Dehart dropped. We have been treating Mr. Dehart since June, 2005, for depression and ADHD. We are very familiar with his biopsychosocial history. We are also aware of the raid on his home (where he had been living with his parents in Newburgh, IN on or about January, 2010, that as we understand it was connected with production of child pornography.

We understand that in early summer of 2010, Matt was in Montreal, Canada and in August, 2010, he reported he entered into the U.S. to obtain a student visa. At this point, according to Matt, he was detained at the Canadian-U.S. border. Quite frankly, from here on, his life obviously took a major turn for the worse by way of his arrest and incarceration. We have gathered information from Matt and his father. In addition, we also had a request while incarcerated from the medical department of the Cumberland County Jail seeking information about the medications we had been prescribing for Matt. We responded with a letter verifying the medications which then had consisted of Wellbutrin and Lexapro. This letter went to Acadia Hospital Corp in Bangor, ME. A copy is attached.

According to Matthew he is convinced that during his initial arrest, he was possibly given an injection of some sort which now he wonders if it may have been Thorazine (an old antipsychotic medication) and which if true would be cause for concern on our part since this medication was never clinically indicated for Matt's diagnoses. He does recall extensive interrogation during this time period immediately following his arrest and trip to jail. We have a copy of a medical report from the Eastern Maine Medical Center which indicated that on 8/7/10, Matt was transported by ambulance from jail in Bangor, ME to the hospital where a CT scan was performed. He was diagnosed with a psychotic break and released back to jail personnel, and as we understand, this was in guarded condition. He noted he has little recall of some of the sequence of events while initially in jail in Maine. If indeed we have the sequence of these events in reasonably accurate order, then among our concerns would be the apparent lack of follow-up psychiatric attention given the medical description of being in guarded condition.

www.mulberrycenter.org
414 S.E. Fourth Street | Evansville, IN 47713-1206 | 812.423.7791 | Fax 812.421.9261 | Toll Free 877.338.4900

A Southwestern Healthcare, Inc. Affiliate

Case 3:10-cr-00250 Document 123-3 Filed 09/07/12 Page 1 of 3 PageID #: 700

Matthew Dehart
August 16, 2012
page 2

This information has been disclosed to you from records protected by Federal confidentiality rules 42 CFR Part2i. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

We do have a copy of a medication administration log sheet from the Penobscot County Jail that does document Thorazine 50mg twice daily by mouth and dated 8/9/10. It is our understanding that in a court appearance, Matthew came across as disoriented and possibly psychotic. It is our understanding that Matthew may have even collapsed while in court. His father reported that in a phone conversation with him, he recalled feeling very concerned about his son given how disoriented he sounded over the phone. It is also our understanding that the medications he had been taking were discontinued without any titration downward to wean off especially his Lexapro. If this indeed did take place, then it was without following proper medical protocol for discontinuing this particular antidepressant; and, could have made it more difficult for Matt to have been able to tolerate extensive interrogations. And, certainly not helping either was the clinical conclusion that Matt had been experiencing psychotic-like symptoms which typically include disorganized thought processes secondary to impaired cognitive processing and even paranoid ideations. Given our clinical knowledge of Matt we are quite frankly, perplexed as to what prompted the psychosis.

It is also our understanding that interrogations continued even after having been transferred to a jail in Strafford, NH on or about 08/15/10. He noted that when he later wound up in a federal detention center in Brooklyn, a nurse showed him an empty bubble –pack of Thorazine asking him if he wanted the rest. He was later transferred to Nashville, TN and then onto Bowling Green, KY where we understand he remained until his release to his parents custody this past May.

Our clinical opinion ( and the primary purpose of this letter to you) is the concern about the impact of an old major tranquilizer, Thorazine that has never been indicated for use with Matthew based on our clinical diagnostic impressions of him. He has no history whatsoever of psychosis; therefore, no clinical justification for use of any antipsychotic medication and especially Thorazine that has always had potential for major side effects; and this would especially be significant if this medication was started early in his arrest. For example, EPS symptoms could have included any number of physical and emotional reactions.

In our sessions with Matt since his return to Indiana reveals a young man who has been traumatized by the ordeal of his arrest and subsequent treatment. He notes feeling even unsafe in the comfort of his parent's home. He has noted on more than one occasion in his psychotherapy sessions an inability to feel joy now instead, feeling cynical, hopeless, angry and most of all, abused. He notes waking up with panic attacks and experiencing vivid dreams of being in a very small unclean cell in the Bangor, ME jail.

Matt Dehart
8/16/12
Page 3

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Not helping while confined in jails was the fear that his father was going to also be arrested as this apparently was laid out to him as a very good possibility. Now it is clear that we are also seeing elements of Post Traumatic Stress Disorder, and are now having to make use of treatment approaches to help Matthew deal with this trauma.

Sincerely,

R. Buckland Thomas, MD
Board Certified Staff Psychiatrist

Ralph H. Nichols, LSCW
Senior Staff Therapist