IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**O R D E R**

The government's Motion For Extension of Time to File Responses to Defendant's Pretrial Motions And to Reset Pretrial Motions Hearing (Docket No. 130) is **GRANTED**. It is hereby **ORDERED** that the government shall respond to all pending motions by October 23, 2012. It is further **ORDERED** that the hearing on pending motions is **RESET** for Wednesday, November 14, 2012, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 22nd day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge