# AFFIDAVIT OF MATTHEW P. DEHART

Name: Matthew P. DeHart

I, Matthew P. DeHart, swear or affirm:

1.   That I have been involved with the group "Anonymous" since its inception on 4chan with which I had been associated since 2003.

2.   That I have also been associated with groups which operate under the banner of the online Anti-Security Movement prior to "Operation AntiSec."

3.   That sometime in 2009 a file was uploaded to the file hosting server I administered. This file was not encrypted and contained what appeared to be scanned documents in .PDF and other image formats. These documents pertained to a national security related FBI investigation the nature of which was highly sensitive. I never had possession of the archive file or its contents but I was aware of both.  The file was removed from our server, but a file with the same name and very similar in size was uploaded to another online server: sTORage the same day where it remained for a short period.  After some discussion with other groups, we concluded this was probably genuine material due to the specificity and technical nature of its contents. Consensus determined that it was most likely from a government employee with access to physical documents. After the discussions, I believe that the file was submitted to Wikileaks but it has obviously not been published.

4.   That I believed and continue to believe the US Government will stop at nothing to keep the information in the file referenced in paragraph 3 above from becoming public. I also believe that a dormant TN CP investigation against me was used as a pretext for a national security search of my computers in January 2010. Given the fact that the government again cited the TN investigation when it took all of my Canadian computer equipment following national security interrogations, I am quite sure of it now.

_____
Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the 5th day of November, 2012 and signed this Affidavit as his free and voluntary act and deed.

_____
Notary Public

expires 11-12-14

Warrick Co.

Page One of Six

## AFFIDAVIT OF MATTHEW P. DEHART cont'

5. That I have never spoken nor had any contact with Newburgh Police Officers. I didn't live in the Newburgh Police jurisdiction. My residence was outside of Newburgh Town proper and was under the jurisdiction of the Warrick Co. Sheriff's Department.

6. That I administered computer networks and would work on other people's computer equipment. This information was in job applications, my online resume, on my business website - the Computing Regime, and has been well known to individuals I associate with.

7. I believe that no one who knows me well would characterize me as a loner.

8. That I did pass a full SSBI for a government security clearance.

9. That my testimony before the US Court in the MDTN is true including the fact that I did represent myself to many people as "Matthew DiMarco" who was 17. This had nothing to do with soliciting CP and everything to do with maintaining anonymity which is a common online practice and an aspect of social engineering also used by government agencies like the FBI.

Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the 5th day of November, 2012 and signed this Affidavit as his free and voluntary act and deed.

Notary Public     expires 11-12-14

Warrville Co

Page Two of Six

## AFFIDAVIT OF MATTHEW P. DEHART cont'

10.   That on January 25, 2010 sometime around 9am a team of 5 or more individuals executed a search and seizure at my residence at 10270 Bourbon St., Newburgh, Indiana.  I was initially hand-cuffed by Det. Pritchett.  I was kept in the kitchen of the two-story residence and was not allowed to observe the search.  The search lasted approximately 3 hours.  I was not given a receipt for items taken, nor an inventory of items taken, nor was an inventory prepared in my presence.

11.   That when I was stopped at the border post in Calais, ME on August 6th, 2010 I was told I needed to wait because officials had to ask me some questions.  The ICE official told me that I'd be on my way soon and that it was routine. Shortly thereafter the doors were blocked and I was restrained without offering resistance. I was never told why I was being detained besides "questions". I repeatedly asked to call my Indiana attorney whose business card was in the wallet they had just seized.  I could have done this with my phone which they had also just seized. I was not permitted to do this. When FBI agents arrived several hours later, I was transported in leg shackles to a larger border facility where I was put in a detention cell.  After a short while I was taken to what seemed to be an examination room with medical equipment.  I was given an IV there but I am not aware of what it contained. I believe I was told it was a blood test. Not long after and I believe it was between 12 and 1 PM local time, I was taken to a conference room in hand cuffs and began to be questioned by two FBI agents. I did refuse to answer them and I did attempt to exercise my 5th Amendment right against self incrimination. I would not sign their advice of rights form because I had neither been advised of my rights in the previous hours of my forced detention nor was I allowed to leave after stating my 5th Amendment right. I was threatened and not only could I not call an attorney when I asked, I was told it was a national security case so I couldn't leave. I talked with the agents about what happened when I visited the Russian embassy in Washington, DC in 2010.  They kept questioning me about an individual in my Indiana Air National Guard unit as if they knew something I didn't.  I was never allowed to leave and as the afternoon progressed I felt like I had been drugged. I remember staring at the metal mesh on the windows of the room for a really long time.  I have a recollection of the room and physical objects in that room, but I remember almost nothing of what I ended up saying. This is very unusual for me.

_Matthew P. DeHart_ (signature)

Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the 5th day of November, 2012 and signed this Affidavit as his free and voluntary act and deed.

_Patricia A Barton_ (signature)

Notary Public        Expires 11-12-14

Warrick Co.

## AFFIDAVIT OF MATTHEW P. DEHART cont'

12.     That I did not have an Adderall prescription in Canada and I have no explanation for how amphetamines were in my urine on August 6-7, 2010.

13.     That I did have both Lexapro and Wellbutrin in Canada and I had taken them both regularly including the morning of August the 6th. 2010.  I have never taken Abilify. I did have a prescription of Seroquel filled in March of 2010 I believe but that was not a regular medication and I only rarely used it to sleep. I did not take it in Canada.

14.     That I have no recollection of ever speaking with a nurse in Penobscot Co. Jail and I probably wouldn't have given my condition. I would never have told her I was on Abilify XR as I never have been.  I would not have remembered a pharmacy phone number listed on the medical form from the Penobscot County Jail.  That if a nurse had actually talked to me I could have told her my medications and the fact that I had Canadian health insurance.

15.     That the medical report from my hospitalization on August 7th, 2010 at the Eastern Maine Medical Center is accurate when it reports I stated that I took Lexapro and Wellbutrin but hadn't taken Adderall.

16.     That I had never experienced a psychotic episode or break from reality until the events at the Maine border in 2010.  I have ADHD and depression.  I have survived an F-3 tornado which took off the roof of my Indiana residence in 2005 and killed 25 people in the area. I have been in several other situations besides this which were more stressful to me than sitting in a conference room being interrogated.  None of these other events caused lasting mental trauma as did the interrogations and torture which took place in August 2010.

_____
Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the _5th_ day of November, 2012 and signed this Affidavit as his free and voluntary act and deed.

_____
Notary Public          Expires 11-12-14
          Warrick Co

Page Four of Six

## AFFIDAVIT OF MATTHEW P. DEHART cont'

17.  That I saved exculpatory evidence including most of my logs from the erloesung@gmail.com email account as soon I was able to following the seizure in Indiana in January 2010. The logs were saved on the computer tower which was taken from Canada. That was one of my priorities after securing the IronKey thumb drives. I have consistently from my arrival in the MDTN in 2010 maintained that this was my most useful exculpatory evidence and it is not my fault that this wasn't communicated to the Court. I do not wish to alienate any of my counsel but I have been consistent about the logs since my arrival in the district in September, 2010. The logs are exculpatory in that they contain communications between former members of my World of Warcraft guild including Anonymous members. This includes logs of the females the government maintains I impersonated or made up altogether. These logs include chats as well as login names, IP addresses, time zones, and timestamps. Some of these logs directly contradict assertions used in the search warrant as well as the criminal complaint. As they were stored in an offsite location by a 3rd party, they could be authenticated.  That logs were also saved on the IronKey which the TN prosecution maintains does not exist.

18.  That I was never afraid of defending the charges against me in Tennessee since I didn't do what they claim and if my close friend Heather did not reside in Nashville, I would have never travelled to Tennessee.  That the enigmatic nature of this national security investigation and the power it gives the government in my case is pervasive and demoralizing.


Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the 5th day of November, 2012 and signed this Affidavit as his free and voluntary act and deed.

_____
Notary Public      Expires 11-12-14

Warrick Co

Page Five of Six

## AFFIDAVIT OF MATTHEW P. DEHART cont'

19.   That when I was interrogated and in Jail in Maine in 2010, I felt like I would be killed.  That I was threatened my family would be put in prison.  That knowing I was diagnosed with ADHD and depression, government personnel responsible for my detention and imprisonment made me suffer intensely by: abruptly ceasing my normal medications; by administering me Thorazine (a drug I had never taken); by only giving me liquids if I took the Thorazine; and by interrupting my normal sleep pattern. That I looked forward to being interrogated because it was during interrogations that I was brought food and drink. That in this condition, I believe anyone would say anything he thought the other side wants to hear.  That I believe this happened to me.  That according to the pretrial services interview in Maine, I said I was famished but wasn't eating in jail because I wanted to lose weight. I would never say such a thing in my right mind. That I was embarrassed and angry at the government to learn that I had implicated an innocent person from my Air National Guard unit for espionage.

20.  That I am extremely concerned that the government will continue to violate my rights and deceive associates and their relatives in order to continue a CP case against me.  I am even more concerned for their safety should they not cooperate.

21.  That I feel terrorized and I believe so does my entire family.  That I am outraged at a pattern of government misconduct in my case including the recent urgent efforts of US Marshals to re-arrest me in the Court House after just being released on bond at a hearing in May 2012.  That I am disturbed by the recent unexplained behavior of my legal counsel, the fact that my computer expert has been intimidated by the government, and the fact that former friends have been visited by the FBI and now avoid me.

Further affiant saith not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_____
Matthew P. DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Matthew P. DeHart personally appeared before me on the 5th day of November, 2012 and signed the above Affidavit as his free and voluntary act and deed.

_____
Notary Public  Exp~s  11-12-14

Warrick C.

Page Six of Six

Case 3:10-cr-00250   Document 135-2   Filed 11/06/12   Page 6 of 6 PageID #: 771   Supplement to Motion to Dismiss - DeHart Exhibit #2