# sTORage and Fonder

**Methodology:** On 22 September, 2010 and acting on the defendant's instructions a member of the defense team accessed the TOR hidden site located at *utovvyhaflle76gh.onion,* the site address of the file server known as *sTORage* . Several pages from this site were saved locally on an external disk drive so they could be accessed offline. These webpages consist of directory (folder) and file names not actual accessible content. The pages in this exhibit are printouts of those pages. The .html files can be made available for inspection.

**Relevancy:** Included are printouts of several pages from sTORage illustrating the type of content it hosted. Notable files and directories are highlighted including those which have the same names and files found in the forensic report and attributed to the defendant's external hard drive. This is included here to explain how and where the FBI could access such material. Most significantly are two directories and a sub-directory:

- /FON
- /FON/der
- /anonib

Also included are printouts from the Franklin PD forensic report which state that CP was located on the defendant's external hard drive in a folder called "Fonder". These printouts are selected to indicate that as the defendant maintains, material now being attributed to the defendant was located on a specific computer server named FONder the content of which was also saved on *sTORage* and not on any equipment belonging to the defendant. The defendant further maintains that if this material is in fact present on any of the defendant's media it was placed there deliberately *after* the Indiana Search Warrant. This is supported by the initial email from the defendant's forensic expert, by the folders present on the *sTORage* server, and by the same files showing up both on this remote server and in the Franklin PD forensic report.

Not to suggest causation, but following the discussion of sTORage with certain individuals on the defense team prior to September, *sTORage* posted a notice of its intent to shut down. The webpages were saved prior to their deletion but as of October 2012, they no longer exist. This is the 4rd piece of online information which has expired or been deleted since August 2010 which was beneficial to the defendant.

# News 2012-09

sTORage is one of the oldest surviving sites on all of Tor space. I thought maybe it is worth something to have a space for uploading. But I find nothing of value mostly, just encrypted files (smart, but not necessary to store here!). Also, other sites have been appearing to focus on specific "communities" of needs and interests. The time to run and police a site that contains nothing of use to the world finally became uninteresting and a burden.

So, from today, I am making sTORage into a read-only archive. I on purpose broke all old URLs so existing linkers would come here to see what is going on. You can get to old files for now by going here. In some months, I will remove the old archive and leave this site as only a place holder and explanation of what used to be here.

So get any old files you care about and move them somewhere else. This is the only warning and they will disappear some time before very long.

# sTORage

Welcome, onions.

This is an HTTP+WebDAV server that allows everyone to read/write to it. You can store files here and retreive them, or point other people to them. You can also be mean and delete other people's files.

**Warning: People delete things frequently, which is made possible by the free-for-all design. One day I may have time and change this design. Until then beware.**

## The Easy Way

All you need is a web browser. Go to sTORage

- Downloading: find what you want, then click it to download.
- Uploading: You can create new directories and upload files with the HTTP form. There is currently a limit of 50MB per file (but you can split large things into multiple files, or use WebDAV to upload)
- There is currently no way to delete files or directories with the web form

## The Powerful Way

Case 3:10-cr-00250     Document 135-3     Filed 11/06/12     Page 2 of 16 PageID #: 773

This server also supports the WebDAV protocol. How you use it depends on your webdav client. I put some basic instructions up.

If you already know how to use WebDAV, then point your client to http://utovvyhaflle76gh.onion /sTORage . Make sure your WebDAV client is set to use Privoxy or whatever anonymizing proxy your browser uses.

## Space

There's about 200GB available. If that fills up I will remove things.

## Speed

I don't know if this will be any faster or better than uploading to the forums/imageboards/wikis/etc. Just wanted to give it a try.

## Organization

Please create your own folders, don't just dump everything in the root folder. Name folders and files as something sane that others will recognize.

## Content

If you don't want other Tor users reading your files, then you should encrypt them! Recall that other people may delete your files either accidentally or because they are bastards. Do not store things here that you will cry to lose forever. In the future I might find some sane way to handle deletion control instead of it being a free for all.

End.

# Index of /static/sTORage/FON/

| Name | Last Modified | Size | Type |
|------|---------------|------|------|
| Parent Directory/ | 2012-09-25 21:31:18 | - | directory |
| der/ | 2012-09-03 21:50:28 | - | directory |

sTORage

Case 3:10-cr-00250     Document 135-3     Filed 11/06/12     Page 4 of 16 PageID #: 775

# Index of /static/sTORage/FON/der/

| Name | Last Modified | Size | Type |
|------|---------------|------|------|
| Parent Directory/ | 2012-09-03 21:50:28 | - | directory |

sTORage

Case 3:10-cr-00250    Document 135-3    Filed 11/06/12    Page 5 of 16 PageID #: 776

*This was dated October 1, 2010*

The evidence suggests that these videos were

  transferred to an external hard drive with a drive letter of "F".

It is the intent of DETECTIVE KNISS to forward the results of this examination to the Evansville,

Indiana FBI office to pursue additional charges of: Production of Child Pornography, Possession of

Child Pornography, Receipt of Child Pornography and Distribution of Child Pornography.

## Other Items of Evidentiary Value

Spoofcard (in internet history)

Recovered document named "newspoof

"  (originally found in Rich Text Format)

Recovered document named "spoofff"

List of File Names of suspected CP videos on the "F" (Black Armor) drive

```
/F:/Fonder/0826092140aavi
/F:/Fonder/0826092141aavi
/F:/Fonder/0829092104a3g2
/F:/Fonder/bergunderrtf
/F:/Fonder/bergunderrtf
/F:/Fonder/Fenderstrat235pwrtf
/F:/Fonder/Fenderstrat235pwrtf
/F:/Fonder/flshowrtf
/F:/Fonder/forbiddenemailrtf
/F:/Fonder/Inapp/08010913413g2
/F:/Fonder/Inapp/10120921503g2
/F:/Fonder/Inapp/1015092139jpg
/F:/Fonder/Inapp/10160920573g2
/F:/Fonder/Inapp/125517859429jpg
/F:/Fonder/Inapp/1256001028685jpg
/F:/Fonder/Inapp/1257320936532jpg
/F:/Fonder/Inapp/1257321126132jpg
/F:/Fonder/Inapp/1257321126132jpg
/F:/Fonder/Inapp/1257765557460jpg
/F:/Fonder/Inapp/AllesDesktoptrip/0610090131jpg
/F:/Fonder/Inapp/AllesDesktoptrip/0610090131jpg
/F:/Fonder/Inapp/AllesDesktoptrip/0610090145jpg
/F:/Fonder/Inapp/AllesDesktoptrip/0610090149a-Copyjpg
/F:/Fonder/Inapp/AllesDesktoptrip/07230905333g2
/F:/Fonder/Inapp/AllesDesktoptrip/0723090533mov
/F:/Fonder/Inapp/AllesDesktoptrip/0723090533mov
/F:/Fonder/Inapp/AllesDesktoptrip/07240903053g2
/F:/Fonder/Inapp/AllesDesktoptrip/DESKY/1206081403jpg
/F:/Fonder/Inapp/AllesDesktoptrip/DESKY/1206081404jpg
/F:/Fonder/Inapp/AllesDesktoptrip/DESKY/1219081945jpg
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/07060922363g2
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video001_enhancedwmv
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video0013gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video001a3gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video001dd3gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video0033gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video003a3gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video003a3gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video004ssss3gp
/F:/Fonder/Inapp/AllesDesktoptrip/goodshit/Video005ee3gp
/F:/Fonder/Inapp/AllesDesktoptrip/hottt1/1184784220jpg
/F:/Fonder/Inapp/AllesDesktoptrip/hottt1/1513991955jpg
/F:/Fonder/Inapp/AllesDesktoptrip/hottt1/1977913796jpg
/F:/Fonder/Inapp/AllesDesktoptrip/hottt1/558299588jpg
/F:/Fonder/Inapp/AllesDesktoptrip/hottt1/600339687jpg
```

# Index of /static/sTORage/

| Name | Last Modified | Size | Type |
|---|---|---|---|
| -@@/ | 2012-09-17 23:40:10 | - | directory |
| -@@ WARNING If you upload cp it will disappear forever. Try other sites instead/ | 2012-09-17 23:40:16 | - | directory |
| -@@z/ | 2012-05-15 17:59:49 | - | directory |
| Parent Directory/ | 2011-03-10 18:17:07 | - | directory |
| .crazytank/ | 2012-08-01 10:24:01 | - | directory |
| .hiiden/ | 2012-06-19 01:31:28 | - | directory |
| .katadura/ | 2012-05-26 16:47:39 | - | directory |
| 0.jpg | 2011-12-18 18:07:04 | 10348 | file |
| 001.rar | 2012-09-18 15:35:02 | 2714036 | file |
| 006act.jpg | 2012-04-10 06:59:14 | 60110 | file |
| 01-selena-tits.jpg | 2012-04-29 13:43:36 | 102198 | file |
| 04_12_11-9.jpg | 2012-03-16 21:34:31 | 1083717 | file |
| 0733_kyb-tattoo-15052.jpg | 2012-01-24 13:45:48 | 212768 | file |
| 0E892951196ABF52E6C3B871C1245EA681C215E5.asc | 2012-05-13 21:04:23 | 2663 | file |
| 0_20120502132850.jpg | 2012-05-28 00:54:16 | 68959 | file |
| 1-Lunatic-1-Ice-Pick.flv | 2012-05-31 20:08:41 | 9126111 | file |
| 1.jpg | 2012-01-09 11:06:23 | 396976 | file |
| 1.rar | 2012-09-12 10:47:29 | 3475348 | file |
| 1.zip | 2012-05-27 18:57:49 | 4490497 | file |
| 10_prezident_mise_en_abyme.mp3 | 2012-01-10 14:48:34 | 13045397 | file |
| 12094383.rar | 2012-01-31 23:18:12 | 101716 | file |
| 123poiu.jpg | 2011-11-25 19:44:46 | 898963 | file |
| 1297647803979.jpg | 2012-03-02 11:18:33 | 586464 | file |
| 1313093029542.jpg | 2012-01-18 14:48:24 | 74782 | file |
| 13138585767.jpg | 2011-10-15 00:26:33 | 135974 | file |
| 1316564.rar | 2012-07-07 12:57:16 | 5457731 | file |
| 1317222628393.jpg | 2011-09-28 19:30:19 | 146139 | file |
| 1318122283429.jpg | 2011-10-08 20:40:31 | 3455551 | file |
| 1324054708113.jpg | 2012-02-14 20:21:47 | 109801 | file |
| 132771932597.jpg | 2012-04-23 22:12:10 | 369231 | file |
| 1328453603008.png | 2012-02-13 13:37:39 | 2803408 | file |
| 1331960693594.jpg | 2012-03-18 06:30:14 | 149220 | file |
| 134040364496.jpg | 2012-06-24 12:14:48 | 251897 | file |
| 1342276439.zip | 2012-09-09 03:42:38 | 1758158 | file |
| 13926.png | 2012-04-25 08:01:06 | 1295630 | file |
| 14365.7z | 2012-03-02 05:40:49 | 3271 | file |
| 14y0yg.rar | 2012-01-05 07:30:48 | 1279301 | file |
| 155637.rar | 2012-06-04 03:57:01 | 5737924 | file |
| 162545646516.JPG | 2012-04-11 13:21:16 | 34661 | file |
| 185007/ | 2012-09-12 02:40:47 | - | directory |
| 1_Lunatic_1_Ice_Pick.flv | 2012-05-31 20:22:31 | 30086175 | file |
| 2.zip | 2011-11-27 04:08:45 | 6649248 | file |
| 2011-0915.jpg | 2011-12-23 16:59:02 | 89624 | file |
| 20120805171453.7z.001 | 2012-08-08 04:10:22 | 8388608 | file |
| 20120805171453.7z.002 | 2012-08-08 04:16:29 | 8309568 | file |
| 203.php | 2012-04-03 08:10:31 | 21 | file |
| 204.php | 2012-04-03 08:07:23 | 21 | file |
| 251120111859-3kesy1.jpg | 2011-12-23 10:07:44 | 99218 | file |
| 2th.jpg | 2012-02-09 05:17:03 | 15826 | file |
| 2wbusug.jpg.png | 2012-04-05 15:43:38 | 5721 | file |

Case 3:10-cr-00250   Document 135-3   Filed 11/06/12   Page 9 of 16 PageID #: 780

| Name | Last Modified | Size | Type |
|---|---|---|---|
| 333/ | 2012-09-22 15:31:52 | - | directory |
| 3XB16d.7z | 2012-02-14 04:25:31 | 1722792 | file |
| 404.png | 2012-04-03 08:08:46 | 157626 | file |
| 438163-2.jpg | 2012-02-25 12:22:28 | 263016 | file |
| 45545687674.pdf | 2012-02-27 19:36:15 | 44207738 | file |
| 468466454.pdf | 2012-02-27 11:26:58 | 4148960 | file |
| 4c6ac5c9.jpg | 2012-08-29 01:03:24 | 112843 | file |
| 4chan/ | 2012-08-25 19:31:18 | - | directory |
| 4chan_iaa_honeypot.jpg | 2012-03-17 15:43:42 | 827605 | file |
| 4leah/ | 2012-08-18 04:19:46 | - | directory |
| 599512_441669995856097_1078177705_n.jpg | 2012-07-15 14:41:09 | 72493 | file |
| 7zip.css | 2012-05-19 00:11:46 | 1031 | file |
| 8fTHvdMf.7z | 2012-03-07 09:53:41 | 409624 | file |
| 8tyba.php | 2012-05-12 09:26:08 | 2214 | file |
| 8zbBzePu.7z | 2012-03-07 09:54:14 | 204680 | file |
| 8zip.css | 2012-05-19 03:04:24 | 149 | file |
| 998775.pdf | 2012-03-01 07:36:18 | 1805611 | file |
| 9zip.css | 2012-05-19 04:21:06 | 156 | file |
| ;;<input>/ | 2012-05-06 20:00:25 | - | directory |
| <input>/ | 2012-05-06 19:59:17 | - | directory |
| @@@ - ocrlwkklxt3ud64u.onion Free unlimited Upload service/ | 2012-09-08 18:56:13 | - | directory |
| A-00001.rar | 2012-09-06 10:52:11 | 325530 | file |
| ACkbk_IV_4.14.pdf | 2012-03-23 17:18:35 | 803734 | file |
| AMEX NUMBERS.txt | 2012-02-14 16:33:08 | 4801 | file |
| ASS-HOLE/ | 2012-07-07 13:14:49 | - | directory |
| AdminFiles/ | 2012-07-13 10:59:08 | - | directory |
| Amazon Operator.pdf | 2012-01-22 05:46:18 | 653648 | file |
| Amazon Operator.rar | 2012-02-09 10:06:52 | 553858 | file |
| Anarchist Cookbook 97.doc | 2012-09-09 05:39:37 | 624836 | file |
| Anarchist-Cookbook-2000.doc | 2012-09-09 05:30:54 | 1219781 | file |
| Annabelle Barré se fait fister la chatte.flv | 2011-12-12 15:34:20 | 6430411 | file |
| Anon Tor Bundle.exe | 2012-05-29 23:09:53 | 397824 | file |
| Anonymous Is Retarded.txt | 2011-12-10 05:45:09 | 60 | file |
| Ansel Adams.jpg | 2012-04-17 17:31:52 | 26734 | file |
| Any rape picsgifsvids/ | 2012-08-02 17:14:50 | - | directory |
| Aquiiiiiiii/ | 2012-09-16 19:35:46 | - | directory |
| Argentuna/ | 2012-08-02 02:12:37 | - | directory |
| AudibleDoses.rar | 2012-09-14 11:27:09 | 32622308 | file |
| Audio/ | 2012-04-27 06:04:24 | - | directory |
| AvKiller.exe | 2012-07-07 13:11:34 | 43008 | file |
| BAJS/ | 2012-09-15 14:49:06 | - | directory |
| BCfHHVXb.7z | 2012-03-07 09:55:53 | 2563385 | file |
| BETA.exe | 2012-06-08 05:30:37 | 9876457 | file |
| BRASIL AQUI/ | 2012-09-16 19:30:52 | - | directory |
| Beck - Loser.mp3 | 2012-04-01 10:00:42 | 3752469 | file |
| Bitcoin Mining Bot 4.exe | 2012-03-26 21:14:50 | 6656 | file |
| Bitcoin Multiplier/ | 2012-09-05 08:35:06 | - | directory |
| Bitcoin-hijacker_TeamFLO.exe | 2012-06-29 23:12:35 | 827429 | file |
| BitcoinMiner.exe | 2012-04-06 16:56:43 | 1814016 | file |
| BitcoinMiner2.exe | 2012-04-06 17:01:50 | 624128 | file |
| Bitstream-Vera-Sans-fontfacekit.zip | 2012-01-29 19:47:41 | 423267 | file |
| BlackHatForums/ | 2012-06-16 03:34:24 | - | directory |

Case 3:10-cr-00250    Document 135-3    Filed 11/06/12    Page 10 of 16 PageID #: 781

| Name | Last Modified | Size | Type |
|---|---|---|---|
| BlackHatMoneyMakers/ | 2012-09-11 08:26:14 | - | directory |
| Blacklist - 062012.jpg | 2012-07-03 21:05:18 | 287565 | file |
| Books/ | 2012-09-20 04:20:53 | - | directory |
| BrainBot_beta.zip | 2011-10-30 00:15:57 | 790692 | file |
| Bush_Sr_New_World_Order_Speech_Rare.avi | 2012-02-29 14:56:59 | 796672 | file |
| CHK@37GtQ5Q1ZyzfQr5BC2XFXeCPaIS087v-Yi-1kavmvLs,l2ydK6vBGbMBCrwZwH19CqGTeiwrf-lmpbBzgmEMNKo,AAIC--8ShL36.rar/ | 2012-07-09 02:36:12 | - | directory |
| COME ON.jpg | 2012-04-25 22:01:20 | 40678 | file |
| California.rar | 2012-02-08 15:11:48 | 35450611 | file |
| Cannabinoids_as_Therapeutics.pdf | 2012-03-10 22:04:43 | 2265627 | file |
| CaravanaBR/ | 2012-08-01 05:09:41 | - | directory |
| Carlos Marighella - Podr&#281;cznik partyzanta miejskiego.pdf | 2012-05-28 05:49:49 | 687826 | file |
| Cassia Eller - Segundo Sol.mp3 | 2011-09-12 03:43:10 | 3084896 | file |
| Cguides.rar | 2012-05-15 07:42:50 | 1300 | file |
| Change_Your_Identity.pdf | 2012-07-13 19:15:34 | 1204645 | file |
| Chickentor.rar.gpg | 2012-06-12 05:31:53 | 245790 | file |
| Class C MDA.7z | 2012-06-25 02:10:16 | 139586 | file |
| Cock Porn/ | 2012-03-17 09:48:11 | - | directory |
| Comadose - The History Of Marihuana.mp3 | 2012-03-11 20:54:37 | 6132344 | file |
| CommonThief_ShopkeepersBeware.pdf | 2012-08-01 04:59:47 | 2816001 | file |
| Contacts.txt | 2011-12-02 18:11:42 | 3684 | file |
| Corpus_Hermeticum.pdf | 2012-07-18 23:50:38 | 140128 | file |
| Cracking_Passwords_Guide.pdf | 2012-09-15 15:34:51 | 278356 | file |
| Cubism - Humans v2.1.128.mp3 | 2012-03-25 07:44:16 | 1669328 | file |
| Cutting Through The Matrix 1 2 and 3.pdf | 2012-05-16 21:17:43 | 115445787 | file |
| DD-WRT Setup v1.pdf | 2012-06-14 08:24:47 | 626693 | file |
| DDTXS/ | 2012-07-25 06:09:57 | - | directory |
| DMD.rar | 2012-04-17 16:34:27 | 12475260 | file |
| Darkfoe703/ | 2012-06-21 03:18:01 | - | directory |
| DataRem_CHES2005.pdf | 2011-08-21 21:58:00 | 1420678 | file |
| DeepWeb Level 5 Access.txt | 2012-03-31 17:40:46 | 535 | file |
| Deep_&#1043;&#1083;&#1072;&#1074;&#1087;&#1086;&#1095;&#1090;&#1072;&#1084;&#1090;_&#1090;&#1088;&#1077;&#1076;_(anonchan_1).maff | 2012-02-12 13:14:14 | 2335993 | file |
| DenunciasRosario.txt | 2012-03-30 01:32:50 | 0 | file |
| Desktop 05-12-2011 11-30-48 a.m..mp4 | 2012-01-20 05:10:28 | 1364743 | file |
| Desktop 29-11-2011 01-38-35 p.m..mp4 | 2012-01-20 05:14:42 | 2914850 | file |
| Documents_CebollaChan_s6cco2jylmxqcdeh.onion/ | 2012-06-17 13:02:16 | - | directory |
| Drawings.rar | 2012-04-18 10:09:35 | 1668391 | file |
| Drb/ | 2012-02-01 08:57:53 | - | directory |
| Dubsidia - Kill Humans (Original Mix).mp3 | 2012-04-11 15:39:01 | 9767694 | file |
| DzSoft_Dzlock_v2.00_S60v5_S_3_SymbianOS9.x_Unsigned.sis | 2011-09-05 15:07:09 | 108088 | file |
| E detect/ | 2012-01-15 08:39:51 | - | directory |
| E-Books.emulecollection | 2011-12-27 07:06:35 | 290914 | file |
| ESHAN 204.JPG | 2012-04-24 13:27:38 | 5995993 | file |
| Encrypted_Backups/ | 2012-07-02 22:43:42 | - | directory |
| Escan.Exeba-COMM.v9.0.zip | 2012-04-03 23:41:34 | 11643812 | file |
| Every_Atari_2600_ROM_Made.7z | 2012-08-27 13:45:15 | 1539003 | file |
| F.rar | 2012-03-01 13:13:31 | 90185236 | file |
| FLS.rar | 2012-08-21 22:46:22 | 4493676 | file |
| FOR/ | 2012-09-03 21:50:28 | - | directory |
| FaKe_2011.part1.rar | 2012-09-15 18:48:45 | 26214400 | file |
| FaKe_2011.part2.rar | 2012-09-15 18:55:39 | 9823160 | file |
| Facebook photo profiles/ | 2012-08-09 22:29:37 | - | directory |
| FiSH/ | 2012-04-20 02:04:07 | - | directory |

Case 3:10-cr-00250   Document 135-3   Filed 11/06/12   Page 11 of 16 PageID #: 782

| Name | Last Modified | Size | Type |
|---|---|---|---|
| M.rar | 2012-09-14 19:02:00 | 1768452 | file |
| MASSIVE EBR CONTACTS LEAK.txt | 2012-03-03 11:54:24 | 11102 | file |
| MBP copy.jpg | 2012-02-23 12:06:14 | 309733 | file |
| MCleaner v1.4.1 s60v5.rar | 2011-09-05 15:07:51 | 128144 | file |
| MONSANTO DATABASE LIFTED VIA BIVINGS HACK_1.3.2012.html | 2012-03-02 14:20:03 | 282687 | file |
| MRST.rar | 2012-07-11 16:17:04 | 171206270 | file |
| Magick/ | 2012-04-18 12:31:41 | - | directory |
| Makabrum_Era_Of_Satan_Raw_Black_Metal/ | 2011-10-15 12:15:18 | - | directory |
| MasteringWitchcraft.pdf | 2012-02-04 05:44:15 | 1293734 | file |
| Math Homework - sync/ | 2011-10-29 15:22:51 | - | directory |
| Mega Man X - Stage Start.mp3 | 2011-10-13 02:20:59 | 153005 | file |
| MessageToAmerica.mp4.7z | 2012-03-18 02:26:43 | 8230965 | file |
| Mischke-Grey_Day.mp3 | 2012-09-15 21:05:34 | 2004971 | file |
| Mitt2.png | 2012-06-28 17:18:28 | 4940726 | file |
| MrUseless.exe | 2012-02-08 07:41:37 | 77824 | file |
| Mrpotatohead/ | 2012-06-13 14:49:33 | - | directory |
| My Bedtime Snack.zip | 2012-06-15 00:28:53 | 210915 | file |
| MySTiC DaWN/ | 2011-10-15 02:53:45 | - | directory |
| NEDERLANDSE ZWARTE MARKTPLAATS - DUTCH BLACK MARKETPLACE | 2012-05-28 16:15:34 | 118 | file |
| NeheMiner0.4.1b.zip | 2012-01-11 13:35:14 | 523065 | file |
| Netlix4U - BronzeFidelity.pdf | 2012-02-09 14:19:50 | 442638 | file |
| New.Croco.rar | 2012-09-03 22:04:53 | 128708 | file |
| New.Cu.rar | 2012-04-15 17:30:08 | 130932 | file |
| New.Dude.rar | 2012-04-20 03:30:29 | 130548 | file |
| New.IU4.rar | 2012-04-12 22:23:03 | 130580 | file |
| New.Jon.rar | 2012-08-13 10:07:24 | 130964 | file |
| New.Light.rar | 2012-04-18 23:11:33 | 130596 | file |
| New.MrV.rar | 2012-04-03 17:57:08 | 121828 | file |
| New.Wiz.rar | 2012-09-01 18:26:21 | 128612 | file |
| New.arg.rar | 2012-09-14 10:14:48 | 128580 | file |
| New.awe.rar | 2012-04-04 23:03:58 | 121844 | file |
| New.blue.rar | 2012-04-03 21:56:26 | 121844 | file |
| New.carl.rar | 2012-03-31 14:09:46 | 122084 | file |
| New.char.rar | 2012-04-24 03:40:15 | 130548 | file |
| New.chief.rar | 2012-03-29 21:56:09 | 121844 | file |
| New.ciao.rar | 2012-03-30 21:29:41 | 121828 | file |
| New.dead.rar | 2012-04-25 06:38:38 | 130580 | file |
| New.ech.rar | 2012-03-29 23:59:56 | 121828 | file |
| New.freeh.rar | 2012-04-08 01:29:04 | 130580 | file |
| New.goat.rar | 2012-05-24 23:40:02 | 130564 | file |
| New.gray.rar | 2012-04-10 04:07:35 | 130580 | file |
| New.hidden.rar | 2012-04-04 10:32:37 | 121860 | file |
| New.hyper.rar | 2012-04-02 23:58:25 | 122228 | file |
| New.itsgen.rar | 2012-03-30 23:37:35 | 122116 | file |
| New.ker.rar | 2012-04-13 15:11:07 | 130580 | file |
| New.look.rar | 2012-05-31 18:16:16 | 130580 | file |
| New.mag.rar | 2012-04-09 02:02:35 | 130820 | file |
| New.mcg.rar | 2012-03-29 11:44:34 | 104244 | file |
| New.mfk.rar | 2012-06-17 00:51:38 | 130548 | file |
| New.mort.rar | 2012-03-31 13:39:24 | 121828 | file |
| New.pax.rar | 2012-04-19 00:38:32 | 130836 | file |
| New.prowl.rar | 2012-03-28 21:34:16 | 104068 | file |

Case 3:10-cr-00250    Document 135-3    Filed 11/06/12    Page 12 of 16 PageID #: 783

9/30/2012 5:42 PM

| Name | Last Modified | Size | Type |
|---|---|---|---|
| RadZed/ | 2012-06-01 01:11:42 | - | directory |
| Radios/ | 2012-04-02 17:43:07 | - | directory |
| Ragnar Benson - Homemade Detonators.pdf | 2012-03-17 18:44:10 | 5714716 | file |
| Rasta-Mutta/ | 2011-11-08 17:44:00 | - | directory |
| Request/ | 2012-08-02 08:10:27 | - | directory |
| Requesting - Illegal.txt | 2012-04-08 01:18:29 | 374 | file |
| Requesting - illegal.txt | 2012-04-25 01:27:10 | 382 | file |
| Rosensaft.jpg | 2012-06-08 00:10:42 | 115359 | file |
| Russ Kick - 50 Things You're Not Supposed To Know (2003).pdf | 2012-03-02 15:11:35 | 911307 | file |
| RussianHackBackups/ | 2012-03-02 17:32:38 | - | directory |
| RÄ-VHÄ_L/ | 2011-11-08 17:32:24 | - | directory |
| SANS#1/ | 2012-03-01 06:21:31 | - | directory |
| SCAT/ | 2012-02-01 10:03:05 | - | directory |
| SD-DL.rar | 2012-09-06 12:22:22 | 245892 | file |
| SELLING FLASHBANG GRENADES!!!! | 2012-05-28 08:49:15 | 234 | file |
| SHIT/ | 2011-12-15 14:33:53 | - | directory |
| SSB.rar | 2012-04-10 15:13:06 | 1837255 | file |
| STOP PEDO'S!!!!!!!!/ | 2012-09-17 23:37:52 | - | directory |
| STUXNET-SOURCE.tar.gz | 2011-10-30 00:52:28 | 610838 | file |
| Sejam Bem Vindos !!/ | 2012-09-16 19:33:37 | - | directory |
| Setting up a new identity.NoF.rar | 2012-07-25 20:45:19 | 130964 | file |
| Shareaza_2.6.0.0_x86_x64.exe | 2012-08-07 03:32:04 | 13606467 | file |
| SilentInvasor/ | 2012-06-02 08:05:50 | - | directory |
| Simon_Singh_The_Code_Book_How_to_Make_It,_Break_It,_Hack_It,_Crack_It__2003.epub | 2012-05-30 21:26:35 | 5309270 | file |
| Skynet Crew/ | 2012-01-27 09:53:46 | - | directory |
| Smile.mp3 | 2012-02-27 11:38:14 | 6007872 | file |
| Societyofthespectacle.pdf | 2012-04-28 21:51:32 | 217 | file |
| SoldierBoy/ | 2012-05-31 08:02:43 | - | directory |
| Sp4wn/ | 2012-08-06 20:21:48 | - | directory |
| Spider_Tattoo.jpg | 2012-04-03 08:05:56 | 36620 | file |
| Spécial Dédicasse à Tom Jéduzor !/ | 2012-03-02 19:27:05 | - | directory |
| Standard82.pdf | 2012-02-28 12:29:41 | 61821204 | file |
| Stephen_Beker_-_The_Numerati.pdf | 2012-07-20 12:28:42 | 11953355 | file |
| Stickam/ | 2012-03-14 01:44:40 | - | directory |
| Stuxnet-Sourcecode.7z | 2012-05-17 21:23:34 | 251292 | file |
| Sunshine and Puppy Dogs.rar | 2012-06-10 23:17:01 | 763424 | file |
| Surveillance/ | 2012-03-13 21:40:28 | - | directory |
| T0X_X1N's e-books and tuts .zip | 2012-06-25 09:06:06 | 43869306 | file |
| TESTS/ | 2012-09-08 13:18:44 | - | directory |
| TFA/ | 2011-12-23 17:45:16 | - | directory |
| TOR.ONION.LINKLIST.txt | 2012-01-21 14:28:21 | 35988 | file |
| TROLLS/ | 2012-06-21 15:02:36 | - | directory |
| TZM Offline Site (Backup).rar | 2012-01-21 13:56:07 | 3389387 | file |
| Tev/ | 2012-03-13 10:52:55 | - | directory |
| Texas_Instruments _TI_Nspire/ | 2011-11-15 13:46:54 | - | directory |
| The Anarchist Cookbook '97.doc | 2012-09-09 05:35:03 | 624836 | file |
| The Good Stuff.rar | 2012-05-29 08:06:09 | 5592843 | file |
| The Hacker's Underground Handbook.pdf | 2012-05-31 09:58:02 | 2632508 | file |
| The Mathematics of Life.7z | 2012-01-10 13:32:50 | 3066955 | file |
| TheJerm.exe | 2012-04-03 23:27:00 | 435603 | file |
| TheMechanic/ | 2012-03-22 23:41:59 | - | directory |
| Therapeutic_Use_of_LSD25.pdf | 2012-06-02 04:32:36 | 392887 | file |

| Name | Last Modified | Size | Type |
|------|---------------|------|------|
| ToRG/ | 2012-07-12 13:37:41 | - | directory |
| Toadsted/ | 2012-06-17 08:00:48 | - | directory |
| ToastingTheToaster/ | 2012-01-17 16:07:21 | - | directory |
| TorFirefox/ | 2011-12-02 12:28:33 | - | directory |
| TorFirefox.lnk | 2011-12-04 23:53:35 | 1599 | file |
| Transmetropolitan__04.cbr | 2012-04-21 15:25:48 | 11518786 | file |
| Two Glock 22 for sale.htm | 2011-12-23 16:59:25 | 1459 | file |
| Two Glock 22 for sale.html | 2012-01-24 15:54:03 | 1461 | file |
| Two Glock22 for sale.htm | 2012-01-08 12:38:16 | 1499 | file |
| Untitled Document | 2012-05-08 18:43:57 | 1660 | file |
| Vale Krenik.zip | 2012-02-03 16:51:18 | 15682037 | file |
| VeronicaPics.zip | 2012-06-25 15:12:06 | 409829 | file |
| Videos/ | 2012-05-11 00:45:05 | - | directory |
| VÃ¥ldtÃ¤kt/ | 2011-11-08 17:41:48 | - | directory |
| WEAhWtJy.7z | 2012-03-07 09:57:09 | 1689656 | file |
| Wendy4 (Wendy Fiore)/ | 2012-08-08 02:37:54 | - | directory |
| White Nationalist Resources/ | 2012-05-29 06:02:24 | - | directory |
| Wikileaks Archives/ | 2011-12-12 14:16:00 | - | directory |
| WinRAR 4.20 Final Full (x86 + x64).exe | 2012-09-18 16:47:56 | 10071552 | file |
| Windows 7 Home Prem OA.txt | 2011-10-16 07:26:20 | 55 | file |
| YouPornOlvidoHormigosCarpiovideoescandalo.mp4 | 2012-09-08 09:26:46 | 3681856 | file |
| [120208]&#12300;&#12392;&#12425;&#12489;&#12521;!&#12301;BEST ALBUM&#12300;&#8730;HAPPYEND&#12301; [320K].rar | 2012-05-30 22:46:16 | 143403095 | file |
| [APP] ComiPo! v2.1.0.rar | 2012-05-28 00:10:05 | 384025795 | file |
| [E-BOOK - Free - No pwd] How to make 6 Million Dollars - in laundered BTCs.zip | 2012-09-11 07:47:57 | 1826618 | file |
| [E-WHORING PACK] Hot blondie - perfect tits (JPG files, no password).zip | 2012-09-11 07:49:13 | 5413493 | file |
| [MP3] [120527](&#20363;&#22823;&#31085;9 &#21516;&#20154;&#38899;&#27005;) [SOUTH OF HEAVEN] &#12375;&#12390;&#9734;&#12375;&#12429;&#65281;&#12375;&#12420;&#12364;&#12428;&#65281; (lameCBR 192k+rr3%+&#12472;&#12515;&#12465;&#12483;&#12488;).rar | 2012-07-12 06:32:09 | 7274534 | file |
| [eBook.ITA] George Orwell - 1984 .pdf | 2012-03-28 13:20:40 | 4990365 | file |
| ___THE MAFIA___/ | 2012-03-22 22:03:04 | - | directory |
| __just a useless piece of shit/ | 2012-06-29 16:33:21 | - | directory |
| a6UwMTVm.7z | 2012-03-07 09:54:34 | 339096 | file |
| a_sha.zip | 2012-04-19 06:04:24 | 39041 | file |
| acetone.zip | 2012-05-14 07:11:24 | 6159366 | file |
| addresses.txt | 2012-01-22 12:12:26 | 28694 | file |
| admirc/ | 2011-12-05 15:32:03 | - | directory |
| adn/ | 2012-07-20 19:26:07 | - | directory |
| akh.jpg | 2012-04-10 07:00:09 | 322663 | file |
| all porn you want i have .jpg | 2012-04-29 13:42:18 | 102198 | file |
| anal/ | 2012-06-07 07:38:15 | - | directory |
| anarchists_cookbook_IV_4_14.pdf | 2012-09-16 00:13:25 | 803734 | file |
| anarsistin el kitabi.htm | 2012-09-10 17:59:35 | 441157 | file |
| animals/ | 2012-09-15 05:51:02 | - | directory |
| anna/ | 2012-09-11 19:33:31 | - | directory |
| anon/ | 2012-08-15 11:51:18 | - | directory |
| anonbr777/ | 2012-03-19 07:45:33 | - | directory |
| anonib/ | 2012-03-21 18:45:24 | - | directory |
| anonymoose/ | 2012-05-10 05:14:27 | - | directory |
| anonymous/ | 2012-04-21 22:49:04 | - | directory |
| anonymous log.jpg | 2012-04-17 17:30:09 | 149220 | file |
| answer.txt.pgp | 2012-01-25 05:10:07 | 1458 | file |
| antonyhomeless.jpg | 2012-06-16 21:23:27 | 175936 | file |
| apple.zip | 2012-04-15 20:39:41 | 37317 | file |
| application.rar | 2012-04-10 18:43:26 | 786022 | file |

Case 3:10-cr-00250　　Document 135-3　　Filed 11/06/12　　Page 14 of 16 PageID #: 785

| Name | Last Modified | Size | Type |
|---|---|---|---|
| contact me.txt | 2012-03-17 13:57:07 | 719 | file |
| contact-me.txt | 2012-03-17 13:40:16 | 1147 | file |
| contacts.htm | 2012-06-05 12:33:45 | 73935 | file |
| content/ | 2012-01-08 22:45:32 | - | directory |
| cooking/ | 2012-05-14 21:16:11 | - | directory |
| cooking.pdf | 2012-02-04 18:05:06 | 19700807 | file |
| cool.html | 2011-12-23 16:58:16 | 550 | file |
| cortex nique les noelistes/ | 2012-03-06 08:59:21 | - | directory |
| crypto.php | 2012-02-05 04:57:07 | 221995 | file |
| cute/ | 2012-09-17 23:18:44 | - | directory |
| d/ | 2012-02-11 18:08:53 | - | directory |
| d.7z | 2012-08-09 15:04:38 | 164547 | file |
| dani_thorne.jpg | 2012-04-23 21:54:10 | 96951 | file |
| data.rar | 2012-08-27 20:20:23 | 9409916 | file |
| data.txt.gpg | 2012-08-23 07:38:47 | 834 | file |
| db | 2012-02-12 12:01:56 | 41452 | file |
| dcim12.jpg | 2011-10-15 19:49:44 | 133706 | file |
| dd.jpg | 2012-08-30 12:16:16 | 120100 | file |
| deaths/ | 2011-11-27 11:38:17 | - | directory |
| deface0 - MY AMAZING TETRIS DEFACE.html | 2012-03-23 17:19:48 | 15697 | file |
| dell_595b_2a7b_keygen.zip | 2011-12-07 18:30:34 | 24012 | file |
| deneme deneme 1 2 3.txt | 2012-03-16 16:15:39 | 61 | file |
| dfsdddd/ | 2012-04-10 10:21:29 | - | directory |
| direrf/ | 2012-08-09 12:00:16 | - | directory |
| dnnp/ | 2012-08-11 19:46:47 | - | directory |
| doinyourmom/ | 2012-04-22 13:08:27 | - | directory |
| dq66.7z | 2011-12-17 17:26:05 | 2544505 | file |
| drmtool.zip | 2012-05-09 20:41:24 | 11394798 | file |
| echo99/ | 2012-05-04 03:11:05 | - | directory |
| edupunk-1.pdf | 2012-01-05 23:25:00 | 4806565 | file |
| emblem_gti_ib.jpg | 2012-03-19 10:25:16 | 115156 | file |
| engraver-test.mp4 | 2012-08-08 06:30:50 | 1549610 | file |
| erikxxx/ | 2012-05-25 12:35:01 | - | directory |
| etetetet/ | 2011-12-02 08:22:40 | - | directory |
| evilwallet.jpg | 2012-03-10 08:50:19 | 189667 | file |
| evilwallet.zip | 2012-01-15 14:13:09 | 97328 | file |
| exeba_comm_v9.zip | 2012-09-23 18:25:37 | 11643437 | file |
| exit_the_matrix/ | 2012-09-21 13:06:49 | - | directory |
| extraction/ | 2012-08-09 12:41:03 | - | directory |
| ez2dj/ | 2012-06-03 20:01:26 | - | directory |
| fake licence/ | 2012-05-01 21:05:51 | - | directory |
| family/ | 2012-07-07 09:15:42 | - | directory |
| fb.7z | 2012-08-10 16:16:47 | 187863 | file |
| fbenemy/ | 2012-06-20 10:32:55 | - | directory |
| fh.mp4 | 2012-08-28 13:43:59 | 1914289 | file |
| fhd3324.zip | 2012-05-23 12:10:03 | 9785 | file |
| file.zip | 2012-05-03 20:23:53 | 16384116 | file |
| firearms - Hayduke, George - Silent but Deadly - More Homemade Silencers from Hayduke the Master.pdf | 2012-04-04 18:35:17 | 3706376 | file |
| flip/ | 2012-01-08 23:24:37 | - | directory |
| fm.php | 2012-04-13 16:58:05 | 52280 | file |
| foobar2000_v1.1.13.exe | 2012-07-06 05:25:50 | 3243406 | file |
| forAK | 2012-07-07 20:14:09 | 20971520 | file |

Case 3:10-cr-00250    Document 135-3    Filed 11/06/12    Page 15 of 16 PageID #: 786

| Name | Last Modified | Size | Type |
|------|--------------|------|------|
| mn210/ | 2012-08-26 07:45:48 | - | directory |
| model/ | 2012-08-17 18:11:21 | - | directory |
| model7102@hotmail.com.txt | 2012-08-17 11:40:32 | 5 | file |
| mom/ | 2012-02-15 00:20:37 | - | directory |
| money Guide2.pdf | 2012-05-22 08:03:01 | 39707 | file |
| mrshooper.txt | 2012-07-12 19:39:53 | 5646 | file |
| mskeys/ | 2012-07-18 06:11:01 | - | directory |
| music/ | 2012-08-19 14:39:48 | - | directory |
| muslimyouth.net/ | 2011-11-01 08:04:27 | - | directory |
| mydir/ | 2012-06-18 19:21:57 | - | directory |
| mypâ€®gpj.exe | 2012-03-05 16:45:30 | 233472 | file |
| myshit/ | 2012-06-16 02:32:20 | - | directory |
| necro/ | 2012-07-04 21:23:30 | - | directory |
| net-feda-lulzsec-antisec.pdf | 2012-05-09 22:33:22 | 1260984 | file |
| netdevil.zip | 2011-10-30 00:13:34 | 1151099 | file |
| network.jpg | 2012-06-02 00:59:27 | 359377 | file |
| neurobiology_of_psychedelic.pdf | 2012-06-02 04:25:16 | 587084 | file |
| newkey/ | 2012-04-23 04:34:20 | - | directory |
| newstar-sunshine-samples.zip | 2012-02-11 10:03:49 | 37649478 | file |
| nicator/ | 2012-04-22 13:44:47 | - | directory |
| nigger/ | 2012-09-12 00:08:18 | - | directory |
| noctus.html | 2011-11-29 17:30:41 | 69 | file |
| not4chan.gif | 2012-02-15 16:06:01 | 21762 | file |
| notes_on_maxwell.jpg | 2012-05-28 10:55:18 | 120348 | file |
| nowa_6.jpg | 2012-04-02 17:41:18 | 233325 | file |
| nuclear war survival guide.zip | 2012-09-11 22:54:24 | 14976881 | file |
| nude/ | 2012-04-20 23:36:24 | - | directory |
| omgmodels/ | 2012-08-21 22:13:52 | - | directory |
| onion/ | 2012-01-08 23:01:04 | - | directory |
| optima 10.rar | 2012-02-20 15:30:25 | 1154307 | file |
| oskari.rar | 2012-08-31 08:03:08 | 8808100 | file |
| other.zip | 2012-02-04 19:53:51 | 32094889 | file |
| otwieranie.rar.gpg | 2012-05-04 19:05:35 | 5153453 | file |
| p2.rar | 2012-05-26 13:52:22 | 25748 | file |
| pack.rar.gpg | 2012-07-29 11:28:06 | 4959897 | file |
| paint.png | 2012-05-19 02:55:13 | 262847 | file |
| paradossoljpeg.JPG | 2012-03-16 09:27:20 | 32043 | file |
| partyvan.info/ | 2012-09-17 04:38:55 | - | directory |
| pdf/ | 2012-07-24 11:18:41 | - | directory |
| pee/ | 2012-08-03 04:34:16 | - | directory |
| pic.js | 2012-05-19 07:05:11 | 832 | file |
| pics2012/ | 2012-08-29 01:10:05 | - | directory |
| piotrbanias publickey | 2012-03-20 13:17:45 | 1751 | file |
| poclbm_cracked.zip | 2012-04-03 03:27:47 | 27309 | file |
| poclbm_py2exe.zip | 2012-04-03 03:26:45 | 5091196 | file |
| porn/ | 2012-06-22 21:25:38 | - | directory |
| pornografia.zip | 2012-09-10 10:43:47 | 571020 | file |
| pozyskane pliki.rar | 2012-04-10 13:26:02 | 9147148 | file |
| ppp/ | 2012-01-22 12:24:48 | - | directory |
| praca.png | 2012-03-09 11:26:16 | 22811 | file |
| preview.JPG | 2012-05-12 21:24:15 | 193282 | file |
| preview.jpg | 2012-05-30 10:15:17 | 158266 | file |

Case 3:10-cr-00250  Document 135-3  Filed 11/06/12  Page 16 of 16 PageID #: 787