# DeHart Laptop Computer

This computer contained 2 hard disk drives that were configured in a RAID (Redundant Array of Inexpensive Disks). These 2 drives would appear as one drive letter to the user. This RAID was reconstructed using EnCase Forensic Software by Investigator Hill with the FBI Task Force in Indiana.

## Hard Disk Drive 1:

Unique description: HDD1 from Gateway Laptop
Examiner: Hill

Physical Evidentiary Item (Source) Information:
[Drive Geometry]
Total Size            160,041,885,696 Bytes (149.1GB)
 Cylinders:            19,457
 Tracks per Cylinder: 255
 Sectors per Track:   63
 Bytes per Sector:    512
 Sector Count:        312,581,808

[Physical Drive Information]
 Drive Model: ST916082 3AS USB Device
 Drive Interface Type: USB
 Source data size: 152627 MB
 Sector count:    312581808

[Computed Hashes]
 MD5 checksum:    eb8d34f6b85b43c95a7bcea06b46f0f0
 SHA1 checksum:   3203b36475472fe126dec8b98bb9f1aaa1d5caa6

Image Verification Results:
 Verification started:  Fri Jan 29 17:05:58 2010
 Verification finished: Fri Jan 29 18:15:30 2010
 MD5 checksum:    eb8d34f6b85b43c95a7bcea06b46f0f0 : verified
 SHA1 checksum:   3203b36475472fe126dec8b98bb9f1aaa1d5caa6 : verified

## Hard Disk Drive 2

Unique description: HDD2

Examiner: Hill


Physical Evidentiary Item (Source) Information:
[Drive Geometry]
Description          Physical Disk, 312,581,808 Sectors 149.1GB
 Cylinders:          19,457
 Tracks per Cylinder: 255
 Sectors per Track:  63
 Bytes per Sector:   512
 Sector Count:       312,581,808

[Physical Drive Information]
 Drive Model: ST916082 3AS USB Device
 Drive Interface Type: USB
 Source data size: 152627 MB
 Sector count:    312581808


[Computed Hashes]
 MD5 checksum:   012b9f0fd46aa52edd2c584155c92030
 SHA1 checksum:  695115c581460ed7de2fc00e2ac2e17819661da3

Image Verification Results:
 Verification started:  Sun Jan 31 18:50:43 2010
 Verification finished: Sun Jan 31 19:55:45 2010
 MD5 checksum:   012b9f0fd46aa52edd2c584155c92030 : verified
 SHA1 checksum:  695115c581460ed7de2fc00e2ac2e17819661da3 : verified


## Volume Information


| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 603,288,945 |
| Total Capacity | 308,883,939,328 Bytes (287.7GB) |
| Total Clusters | 75,411,118 |
| Unallocated | 158,701,764,608 Bytes (147.8GB) |
| Free Clusters | 38,745,548 |
| Allocated | 150,182,174,720 Bytes (139.9GB) |
| Volume Offset | 21,848,400 |
| Drive Type | Stripe |
| RAID Stripe Size | 128 Kb |

Partition

Type   NTFS
Start Sector  21,848,400
Total Sectors 603,288,945
Size    287.7GB