# P.E.I. police helping FBI in child porn case

Postmedia News : Tuesday, August 24, 2010 12:00 AM



Police in P.E.I. are helping the F.B.I. in a child porn case, August 25, 2010.

Photo Credit: - , -

Police in P.E.I. are helping the FBI investigate a man facing U.S. child pornography charges.

And they are conducting their own investigation into the man on possible charges in that province.

Matthew DeHart, 26, was arrested in Maine on Aug. 9 and is accused of producing child pornography in Tennessee. At the time of his arrest, however, DeHart also held an apartment in Charlottetown.

Police there were contacted by U.S. authorities on Aug. 19 to conduct a search of DeHart's PEI home.

"They wanted our assistance in conducting a search of Mr. DeHart's residence in Charlottetown to seize any computer equipment and conduct a forensic analysis," said Charlottetown police Det. Sgt. Brad McConnell.

"Until we determine of there was any child pornography or anything related to illegal activity on the computers seized from Mr. DeHart . . . we'll do anything we can to support the FBI in their investigation."

McConnell could not confirm how long DeHart was living in Charlottetown or what he was doing in the city, but said it was "more than a few months, for sure."

While he could not rule out possible charges against DeHart in P.E.I., McConnell said nothing was definite while the computer analysis in underway.

"There's nothing to suggest (he committed crimes in Canada) other than the (charge) he was arrested for," he said. "Certainly that's why we're doing the analysis of the computers."

Copyright (c) CW Media Inc.

Supplement to Motion to Dismiss – DeHart Exhibit #7