# **AFFIDAVIT OF PAUL J. DEHART**

Name: Paul J. DeHart, Capt. USAF (ret)
Occupation: Minister, Newburgh Church of Christ

I, Paul J. DeHart, swear or affirm:

1. That I had spoken with my son, Matthew DeHart, on the phone sometime in the evening of Thursday August 5th 2010 while he was staying in a hotel in St. Stephen, Canada near the border crossing into the US at Calais, Maine.

2. That on Friday, August 6th, 2010 sometime in the late afternoon or evening I called the Virgin Canada cell phone number:908.388.9153 belonging to my son, Matthew P. DeHart, to check on him. I only got his voice mail. I was surprised to hear that the voice on the recording was not my son's and sounded nothing like him. The person on the voice mail mispronounced his last name as Matthew "Day Hart" and not "Dee Hart" as we pronounce it. It appeared to me that someone else had access to his cell phone and had recorded the voice mail.

3. That later in the evening of August 6th, 2010 after calling the border station in Calais I was informed by someone there that Matthew had been arrested and was transported to the Penobscot County Jail in Bangor, ME.

4. That my son, Matthew DeHart, was in possession of multiple "Guy Fawkes" masks since at least 2007.

5. That between September and November 2010, I was served with a subpoena by two people one of whom was FBI SA Krametbauer to appear before a federal grand jury in Washington, DC. I appeared before the grand jury twice. The questioning focused on Matthew DeHart. Some questions were about the computers and electronic storage devices Matthew had in Canada. There appeared to be interest in a thumb drive I said Matthew carried in his wallet. Regarding the computers in Canada either in the grand jury testimony or in the informal meeting I had with AUSA Varghese and several other people prior to the grand jury testimony a remark was made by someone other than me to the effect that they were working on getting Matthew's Canadian computers.

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Paul J. DeHart personally appeared before me on the 22 day of October, 2012 and signed the above Affidavit as his free and voluntary act and deed.

_Stacie Krueger_
Notary Public

Page One of Two

Supplement to Motion to Dismiss – DeHart Exhibit #8

## AFFIDAVIT OF PAUL J. DEHART cont'

6.      That some time after February 2012 following Judge Trauger's instructions I went to the Warrick County Sheriff's office to obtain a list of items held at the Sheriff's office in the case against Matthew DeHart. I spoke with a female attendant who said she had to check with someone else. She returned and told me that they could not give me any information about the items held because it was an "FBI case."

7. That on October 11th, 2012 I observed that the cell phone referenced in paragraph two above and a white Volcom wallet was returned to Matthew DeHart by his lawyer who had these items on October 10th by SA John S. McMurtrie. Both were in a plain plastic zip-loc bag. The cell phone was taped in bubble wrap. I witnessed Matthew taking items out of the returned wallet in my presence. Inside the wallet was a business card from a lawyer we had retained on Matthew's behalf in 2010, Mr. Robert Canada. I also witnessed Matthew charge and power the phone up and witnessed that all the stored data: records of calls (including the one I made on August 6th, 2010), texts, pictures, wallpaper, phone usage, had been deleted from the phone.

Further affiant saith not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_10.22.2012_          _Paul J. DeHart_
**Date**                        Paul J. DeHart


STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Paul J. DeHart personally appeared before me on the 22 day of October, 2012 and signed the above Affidavit as his free and voluntary act and deed.

_Stacie Krieger_
**Notary Public**  Stacie Krieger

Comm expires 11-30-18

Page Two of Two