

# Fw: Matthew Dehart and what do we stand for

1 message

---

**Mark Scruggs** <markscruggs@jsblaw.com>                                          Mon, Apr 23, 2012 at 10:53 AM
To: Paul DeHart <newburghchurch47630@gmail.com>

Please send Mr. Hampton and Mr. Kempvanee an emotional plea to stay on this case.  thanks, Mark
----- Original Message -----
**From:** Mark Scruggs
**To:** Phillip Hampton ; Jim Kempvanee
**Sent:** Monday, April 23, 2012 10:40 AM
**Subject:** Matthew Dehart and what do we stand for

Gentlemen:
      I received a disturbing phone call from Jim this morning advising that he and *Logic Force* were withdrawing from their participation in this case.  Apparently there has been  a "company-wide" decision to stop handling cases for the criminal defense bar (computer child porn cases only?).  The two reasons given were: (1)  cases were not properly funded and (2) the appearance of being associated with clients who are allegedly involved in child porn.  (I hope that I have stated that correctly).

      With regard to these types of cases not being properly funded, I agree that business must take priority since we all have families to support.  This is why in my past dealings with your company, my clients have always paid and will continue to do so.  I would not expect anything less.  Further, I believe in payment in advance so that there are no receivables.  In the case of Mr. Dehart, I have asked Jim to put together 2 budgets for a complete estimate of his time in seeing this case through to trial.  These budgets would be submitted to the judge for approval through the 6th circuit.  I have spoken to Bob Ranz of the 6th Circuit and he is more than willing to help us get funds approved to do what needs to be done.  (see e-mail to follow).  I ask for 2 budgets since one should be for work if we are successful in obtaining redacted copies of media which can be examined at your office as opposed to being required to go to the U.S. Attorney's office for the examination. (the other budget).   Mr. Ranz said that they will approve up to $200/hour and there is no limit.  However, the estimated budget should be reasonable and related to the examination of all media.  In the meantime, if your office needs additional funds to complete the budget(s) and if Jim could go ahead and call Agent Kniss and discuss the matters we previously discussed, my client's dad can get you those additional funds.

      The second reason for not being involved in these "types" of cases is much more disconcerting.  Jim advised that you would probably still assist the government in the investigation/prosecution of these cases.  I would sincerely hope that you would afford the defense the same opportunity.  At our hearing in this matter on Friday, AUSA Daughtrey and the judge attempted to infer that there was something wrong or unethical in providing services for both  government and  defense clients in various cases.  This is the first time where I have had an expert attacked because he will work for either side. **IT SHOULD NOT MATTER SINCE YOU ARE SIMPLY THERE TO FIND OUT THE TRUTH.**  I have never hired an expert expecting to buy an opinion.  All I want is the truth.  As professionals that is all we can ever ask for or expect.

      I certainly understand that there is a stigma against those accused of somehow being involved in child pornography.  However, to me, the stigma of allowing our government to falsely/mistakenly accuse and then convict someone who has touched upon this subject is much much worse.   We are only here on this earth for a short period of time.  What we stand for as human beings and the legacy we leave to our children and the community is all we have.  I am involved in criminal defense because I want to be remembered as someone who stood up to tyranny and oppression, not someone who enabled it.

**Both of you know the lengths to which the government will go to "get" someone. Without people like you, it will be that much easier for them to do so.**

Thus, I beg you to reconsider your position with regard to at least finishing this case. I will not ask you to perform any services without either payment in advance or prior approval of federal funding. If you need more collateral than that, I will see what I can do.

I will close by referring you to a scene from one of my favorite movies, *Braveheart*. I speak of this scene in closing arguments to juries sometimes since I believe that it remains relevant to all of us today. In our lives we will sometimes come to a "fork in the road" which will determine our legacy. I respectfully submit that this may be that "fork in the road" for *Logic Force*. In the famous battle scene where the Scottish peasants are about to battle the English who out-number them 5-1, William Wallace asks, "Do you stand and fight or do you run?" While many of those respond that they would rather run and live than fight and die, Wallace asks them the question we must all ask ourselves, "Many years from now, will you look back, and trade all of the days from this day until then, for that one chance to come back here and kill our enemy---because they can take our lives but they can never take our FREEDOM!!!!"

Gentlemen, on behalf of Matthew Dehart, please do not abandon us on this case. Thank you for your assistance to date and I sincerely hope that we can continue to work together in the future.--Mark

Mark C. Scruggs
Johnson, Scruggs & Barfield
95 White Bridge Road
Suite 508, Cavalier Building
Nashville, Tennessee 37205
Phone: 615-352-8326
Fax: 615-356-6954
E-mail: markscruggs@jsblaw.com