

## Matt D information - 1

**Jim Kempvanee** <jkempvanee@logicforce.com>     Fri, Jul 27, 2012 at 11:38 PM
To: Paul DeHart <newburghchurch47630@gmail.com>
Cc: Mark Scruggs <markscruggs@jsblaw.com>

Paul/Matt,
I have reviewed your letter and understand the concern about the 'missing' encryption on the Gateway.  I am working with Mark to modify the protective order we have proposed so that we will be allowed access for a physical examination of the Gateway itself.  This will allow me to see the data from this device in its most raw form to determine if I can validate your suspicions.

As far as the rebuild RAID being sent to Kniss, that is not uncommon at all and is well within the standards of joint forensic examinations, albeit, the procedure is not the cleanest in terms of testimony and chain-of-custody.

I will focus our examinations on the encryption issue and victims` media to see what we can come up with.  Also, as far as the newly decrypted external drive`s folder structure you described, Kniss told me it appeared that large amounts of data, including CP and some relevant chat logs were moved to this device after Matt`s arrest.  I have not personally seen this, but if the logs and CP do exist and have been placed here after the arrest, we may want to start coming up with some type of legal explanation for it.

I will see what we can do and am working as quickly as possible to get you guys some firm answers.

Have a good weekend, enjoy the family.

Jim

Jim KempVanEe
Forensic Lab Manager
LogicForce Consulting
150 4th Ave. North, Suite 1900
Nashville, TN 37219
615-238-2391
Jim@logicforce.com
[Quoted text hidden]
> <Memo from Matt D.docx>
> <asec.pdf>

Supplement to Motion to Dismiss – DeHart Exhibit #10