**GMail**
by Google

## Update on USA v. DeHart

**Kim Hodde** <kim.hodde@hoddelaw.com>                    Mon, Dec 12, 2011 at 6:51 PM
To: Nicole Earle <nicole.earle@hoddelaw.com>, Blake Frazier <blake.frazier@hoddelaw.com>
Cc: Paul DeHart <newburghchurch47630@gmail.com>

Nicole & Blake:

We had a status conference in Matt's case this afternoon, and there were some unexpected developments. I
want to make sure that you are fully aware of the status:





We also spoke about the need to set the trial in May given my trial in February that will last several months. He
said the date suggestion was fine, and we specifically discussed that he may be asked to execute another
waiver of speedy trial. He understood and assured me that he would not act reluctant about the waiver. I

Supplement to Motion to Dismiss – DeHart Exhibit #11, page 2

advised him that, if I sensed reluctance while we were in Court, I would bring it to the Court's attention. I made it abundantly clear that, if he has a gripe about the trial date or me, we will air it and resolve it today. He said he did not.

When I got to Court, Daughtrey, Detective Kniss and I stepped outside the Courtroom, and Daughtrey told me that there were going to be separate prosecutions in Indiana and Maryland and that the Tennessee case would proceed here.

Apparently, the Washington D.C. charges are not proceeding so long as there is a prosecution and conviction elsewhere. Had the Nashville case been dismissed without another jurisdiction picking the case up (which was never a consideration), DC would have charged and kept Matt in continuous custody.