# Wikileaks cited in TN Discovery



Supplement to Motion to Dismiss – DeHart Exhibit #13