## FRANKLIN POLICE DEPARTMENT
## EVIDENCE LOG

Case Number: 2009000081      Page: 1 of 1

Date: 1-7-08    Time: 1937

Address: 736 PENYALL CT

City: FRANKLIN    State: TN Zip:     Completed By: DET B. KNZSS

| ITEM # | DESCRIPTION | LOCATION FOUND | OFFICER | TIME |
|---|---|---|---|---|
| 1 | VERIZON LOG VOYAGER | FPD | DET KNZSS | 1800 |
| | | RETURNED 1-9-09 | | |
| 2. | PSM GAME | FPD | DET KNZSS | 1800 |
| 3. | WD 250 GB HD WCANK0 959857 | | | |
| 4 | SEAGATE 80 GB HD 6MR527GB | | | |
| 5 | MAXTOR 120 GB 2HAP2E7D | | | |
| 6 | VERIZON LGNV SN 710KPJP L35700 | RETURNED 1-9-09 | | |
| | | NOTHING FOLLOW | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**A COPY OF THIS LOG MUST BE LEFT AT THE RESIDENCE
IF EXECUTING A SEARCH WARRANT**

FPD Form #257

Supplement to Motion to Dismiss – DeHart Exhibit #14

Case 3:10-cr-00250    Document 135-14    Filed 11/06/12    Page 1 of 1 PageID #: 813