# FRANKLIN POLICE DEPARTMENT INTERNET CRIMES AGAINST CHILDREN TASK FORCE



## Examination Report Details (manually entered)

| | |
|---|---|
| Case / File Number (Manually entered): | 09-0107-700-0002 |
| Examiner's Name (Manually entered): | Stephanie Cisco |
| Department (Manually entered): | FPD ICAC |
| Location (Manually entered): | Franklin |
| Notes (Manually entered): | Pascha's cell phone |

## Phone Examination Report Properties

| | |
|---|---|
| Selected Manufacture: | Motorola CDMA |
| Selected Model: | Motorola W385 (Verizon) |
| Detected Manufacture: | "Motorola CE, Copyright 2000" |
| Detected Model: | "CDMA800","CDMA1900","MODEL=W385" |
| Revision: | "JFJKN1_00.18.08P" |
| MEID: | 268435456207106469 (HEX: A00000026C6FA5) |
| CDMA MIN: | 6152514315 |
| MSISDN: | 6158668593 |
| User Code: | 8593 |
| Extraction start date/time: | 02/17/09 16:59:31 |
| Extraction end date/time: | 02/17/09 17:00:32 |
| Phone Date/Time: | "09/02/17,17:02:00+00" |
| Connection Type: | USB Cable |
| UFED Version: | Software: 1.1.0.7 UFED , Full Image: 1.0.2.2 , Tiny Image: 1.0.2.1 |

## AFFIDAVIT OF LEANN DEHART

Name: Leann DeHart
Occupation: Director of Student Progression, Trinity Seminary and College of the Bible

I, Leann DeHart, swear or affirm:

1. That on Friday, August 6th, 2010 sometime in the late afternoon or evening I observed my husband, Paul J. DeHart, call the Virgin Canada cell phone number:908.388.9153 belonging to my son, Matthew P. DeHart. I could hear that he only got Matthew's voice mail. I did not recognize the voice on the voice mail recording. The person on the voice mail mispronounced his last name as Matthew "Day Hart" and not "Dee Hart" as we pronounce it. It was obvious to me that someone other than him had access to his cell phone and had recorded the voice mail.

2. That my son, Matthew DeHart, had both A+ and Network+ computer training and repaired personal computers part time. That there were computers and computer parts from his customers in our residence at 10270 Bourbon St., Newburgh, IN 47630 from time to time as he worked on them. That on January 25th 2010, there was at least one computer belonging to a customer in our residence.

3. That during the indiscriminate seizure from our residence in January 2010 items taken from our residence included a camera on which I had stored pictures of my graduate school graduation and my laptop computer which was in the kitchen on which I had copies of stories and other writings I had been working on as an author for years. These were priceless irreplaceable items. I also believe that on my laptop was confidential information related to my work. After the search and indiscriminate seizure of our residence I felt the sanctity of our home was violated and I have since felt terrorized and unsettled. As a result of the invasion of the privacy of our home, I no longer felt safe there. My husband and I sold the residence as soon as possible and have since moved into a rented residence.

Further affiant saith not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

11/5/2012
Date

Leann DeHart

STATE OF INDIANA
COUNTY OF WARRICK

I, the undersigned Notary Public, do hereby affirm that Leann DeHart personally appeared before me on the 5th day of ~~October~~ 2012, and signed the above Affidavit as ~~his~~ free and voluntary act and deed. November BQM her

Brenda J. Martin
Notary Public

My Commission Exp Date
3/2
2017