## 🎍 AOL *Instant Messenger*

**Account Data for screen name mandyylion092**

Lookup Another...
Global Bump
Edit Customer Account

| | |
|---|---|
| Screen Name | mandyylion092 |
| On line via AOL | |
| On line via AIM | |
| Permanent Evil (%) | 0 |
| GUID | mandyylion092 |
| Email | mandyylion092@aim.com |
| Promo Code | 752655 |
| ZIP | 07882 |
| Brandi | 0 |
| Cookie Sent | |
| Confirmed | |
| Internal - Admin | |
| AOL Password | |
| Email Lookup Blocked | |
| Email Lookup Restricted | |
| Billed | |
| Suspended | |
| AOL Account | |
| Netcenter Bulk Load Account | |
| Master File Login Account | |
| Group SN Account | |
| ICQ SN | |
| Closed Group | |
| Securid | |
| Don't Upsell | |
| Bot | |
| Aim Premium | |
| Netscape Network | |
| Age Suspend | |
| Last Logoff Date | N/A |
| Current Evil | 0 |
| Last Evil Date | Mon, 01 Jun 2009 20:59:32 GMT |

Supplement to Motion to Suppress – DeHart  Exhibit #1  - 2 pages

Case 3:10-cr-00250      Document 136-1      Filed 11/06/12      Page 1 of 1 PageID #: 837