**FRANKLIN POLICE DEPARTMENT**
**EVIDENCE LOG**

Case Number: 2009000081          Page: 1 of 1
Date: 1-7-08          Time: 1737
Address: 736 Pontael ct
City: Franklin          State & Zip:          Completed By: DET B. Knox

| ITEM # | DESCRIPTION | LOCATION FOUND | OFFICER | TIME |
|---|---|---|---|---|
| 1 | Verizon 60GB Voyager | FPD | Det Knox | 1800 |
| | | RETURNED 1-9-09 | | |
| 2 | PSM Game | FPD | Det Knox | 1800 |
| 3 | WD 250 GB HD WCANKO959957 | | | |
| 4 | SEAGATE 80 GB HD 5MR527GB | | | |
| 5 | Maxtor 120 GB 2HAP2570 | | | |
| 6 | Verizon 60NV su# 70KPL13570 | RETURNED 1-9-09 | | |
| | | Nothing follows | | |

A COPY OF THIS LOG MUST BE LEFT AT THE RESIDENCE
IF EXECUTING A SEARCH WARRANT

FPD Form #257

Supplement to Motion to Suppress – DeHart  Exhibit #3