## AFFIDAVIT OF CRYSTAL CHAMBERS

Name: Crystal Chambers

I, Crystal Chambers, swear or affirm:

1. That I was the owner of a Dell Inspiron 5100 Laptop computer #1X85X31.

2. That I gave the computer in paragraph 1 above to Matthew DeHart to repair sometime prior to 2010.

Further affiant saith not.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

10/23/2012
**Date**

*Crystal Chambers*
Crystal Chambers

STATE OF INDIANA
COUNTY OF MADISON

I, the undersigned Notary Public, do hereby affirm that Crystal Chambers personally appeared before me on the 23 day of October 2012, and signed the above Affidavit as his free and voluntary act and deed.

*Katherine A. Schernekau*
**Notary Public**

(SEAL) KATHERINE A. SCHERNEKAU
Resident of Vanderburgh County, IN
Commission Expires: February 14, 2015

Supplement to Motion to Suppress – DeHart  Exhibit #5 – 2 pages



The Computing Regime

Matthew De Hart
Executor

(812) 842-0281