# Wikileaks cited in TN Discovery



Supplement to Motion to Suppress – DeHart  Exhibit #8