## Mark Scruggs

| | |
|---|---|
| **From:** | "Daughtrey, Carrie (USATNM)" <Carrie.Daughtrey@usdoj.gov> |
| **To:** | <markscruggs@jsblaw.com> |
| **Cc:** | "Ingram, Lynne (USATNM)" <Lynne.Ingram@usdoj.gov> |
| **Sent:** | Thursday, May 31, 2012 3:03 PM |
| **Subject:** | Information from Sgt. Matt Hill |

Mark,

I have attached below the information that I have from Sgt. Matt Hill, a TFO with the FBI Cyber Crime Task Force in Indianapolis and the Vanderburgh County Sheriff's Office. If you need further information, please let me know.

Carrie

Brett,

Regarding Matthew Dehart's computer, I created forensic images of both hard drives located in the laptop computer. Once complete, I added both drive images to a case created within Encase Forensic Edition software. Within the Encase software, I recognized what appeared to be a striped RAID (something commonly seen on higher end gaming laptops such as Dehart's) so I used the tools within Encase to rebuild the RAID in order to see the data on the drive. (I am not sure how in depth you want this, but the tool in question was the "Edit Disk Configuration" when viewing the devices. I selected Striped as the array type, 128 was entered as the stripe size, HDD1 was selected as the first drive, HDD2 was selected as the second drive. Once those parameters were in place, I clicked OK and then the full logical drive was viewable.) Once the RAID was rebuilt, I exported a disk image of the restored RAID so the data could be viewed using other analysis software tools. No encryption was initially observed or defeated on the notebook hard drives in order to view the data resident on the drive.

Sgt. Matt Hill
Vanderburgh County Sheriff's Office
TFO FBI Cyber Crime Task Force\Indianapolis
812-423-4486

Supplement to Motion to Suppress – DeHart  Exhibit #11

6/7/2012