# Victim 1 80 GB HD Drive Info

Name:                    Victim 1 80 GB HD
ActualDate:              01/14/09 01:50:02
TargetDate:              01/14/09 01:50:02
FilePath:                v1 80 GB HD\V1 80 GB HD.E01
Case Number:             ICAC 09-0002
Examiner Name:           Kniss

File Integrity:          Completely Verified, 0 Errors
Acquisition Hash:        5C876771DC9DD9F6140D04845B9CB528
Verify Hash:             5C876771DC9DD9F6140D04845B9CB528
Total Sectors:           156250000
Cylinders:               9,726
Tracks per Cylinder:     255
Sectors per Track:       63
Bytes per Sector:        512
Sector Count:            156,250,000

Image Verification Results:
Verification started:   Tue Jan 13 20:56:32 2009
Verification finished: Tue Jan 13 21:29:24 2009
MD5 checksum:      5c876771dc9dd9f6140d04845b9cb528 : verified
SHA1 checksum:     f328b73cd4b3f96b773daaf98009a66d45f41421 : verified

Image Verification Results:
Verification started:   Tue Jan 04 16:52:11 2011
Verification finished: Tue Jan 04 19:15:08 2011
MD5 checksum:      5c876771dc9dd9f6140d04845b9cb528 : verified
SHA1 checksum:     f328b73cd4b3f96b773daaf98009a66d45f41421 : verified

Attempted install of Linux Operating System Partition
swap1

```
Unable to open registry on volume swap1
```

Supplement to Motion to Suppress – DeHart Exhibit #12