## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

## **O R D E R**

It is hereby **ORDERED** that a status conference shall be held in this case on Monday, December 17, 2012, at 2:30 p.m. The defendant's presence is excused from this hearing.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge