Motion GRANTED.
Hearing reset for
12/17/12 at 1:30 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00250 |
| | ) | JUDGE TRAUGER |
| MATTHEW DEHART | ) | |

## MOTION TO RESCHEDULE STATUS HEARING

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, hereby requests this Court reschedule the status conference recently set for December 17, 2012, at 2:30 p.m. based on a previously scheduled appointment with a medical specialist at 3:00 p.m. that day, which would be difficult to reschedule for a time the near future.  Except for this doctor's appointment, the undersigned is available any other time on Monday, December 17, 2012 (i.e. prior to 2:30 and after 4:15).

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on Michael Terry and Stephanie Gore, counsel for defendant, on this, the 11th day of December, 2012.

s/ S. Carran Daughtrey
S. Carran Daughtrey