IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00250 |
| | ) | Judge Trauger |
| MATTHEW PAUL DEHART | ) | |

**O R D E R**

The Motion to Continue Revocation Hearing And Status Conference (Docket No. 175) is

**GRANTED**. It is hereby **ORDERED** that the status conference and revocation hearing are

**RESET** for Thursday, April 4, 2013, at 9:00 a.m.

It is so **ORDERED**.

ENTER this 30th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge