# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:10-00250 |
| ) | Judge Trauger |
| MATTHEW PAUL DEHART ) | |

## O R D E R

The defendant's Motion to Continue Trial And to Extend Pretrial Deadlines And Motion For Status Conference (Docket No. 192) is **GRANTED**. The trial scheduled for October 15, 2013 is **CONTINUED**, to be reset at a telephonic status conference to be held on October 15, 2013 at 10:30 a.m. Counsel shall call (615) 695-2858 in order to participate in the telephonic status conference.

It is so **ORDERED**.

ENTER this 24th day of September 2013.

ALETA A. TRAUGER
U.S. District Judge