# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

United States of America

v.

Matthew Paul Dehart
in Canadian custody

*Defendant*

)
)
)
)
)

Case No. 3:10-00250 Judge Traeger

*U.S. MARSHALS SERVICE 2014 NOV 20 PM 2: 35*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Matthew Paul Dehart                                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:2251(a) and 18:2251(d) Production of child pornography (Counts 1 and 3)
18:2252A(a)(1) and 18:2252A(b)(1) Shipping and transporting child pornography (Count 2)
18:3146(a)(1) and 18:3146(b)(1) Failure to appear (Count 4)

Date:   11/19/2014

_____
*Issuing officer's signature*

City and state:   Nashville, Tennessee

Ann E. Schwarz, Criminal Docketing Supervisor
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-20-14, and the person was arrested on *(date)* 3-23-15
at *(city and state)* Nashville TN.

Date: 3-23-15

_____
*Arresting officer's signature*

David Shelton
_____
*Printed name and title*