UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


UNITED STATES OF AMERICA )
)
) Criminal Case No.3:10-00250
v. ) Judge Aleta Trauger
MATTHEW PAUL DEHART )
)

## WAIVER OF SPEEDY TRIAL

I, MATTHEW PAUL DEHART, hereby state to the court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for Prompt Disposition of Criminal Cases adopted by this court. I hereby consent to having my case continued for trial until a later date, and in so doing waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases .

_____
Signature of Defendant

_5/18/15_____
Date