# EXHIBIT C

```
Maxtor Encrypted HD
Name     Maxtor Encrypted HD
Primary Path    F:\Matthew Dehart\Maxtor Black Armor Decrypted\DeHart Maxtor Encrypted.E01
Evidence Paths  •
GUID                      7dc86eef39605bc7798ff717637a2628
Index File      F:\Matthew Dehart\EnCase Case File\AUSA CP Case\EvidenceCache
\7DC86EEF39605BC7798FF717637A2628\DeviceIndex.L01
Actual Date      06/14/12 12:38:33 AM
Target Date      06/14/12 12:38:33 AM
File Integrity  Completely Verified, 2 Errors
Acquisition MD5         7dc86eef39605b27798ff717637a2628
Verification MD5        7fdcf2546b2c7ae5096e3864d5035476
Acquisition SHA1        6762cc69c798f4b882049d684d0045f0a48bfe36
Verification SHA1       2485303a42728acf1058e68802bd5c2177c3c306
EnCase Version  ADI3.0.1.14
Error Granularity       0
Read Errors     0
Missing Sectors 0
CRC Errors      1
Compression     None
Source Type     Evidence File
Case Number     09-0002 DeHart Maxtor
Examiner Name   Kniss
Notes
Evidence Processor Logs •
Processing Status       Processed
Has Index       •
Time Zone       (UTC-06:00) Central Time (US & Canada)
Cache Status    Ready (Primary)
Read File System        •
Parse Link Files        •
Drive Type      Fixed
System Version  Windows 7
Is Physical     •
Partitions      •
Open Mode       Evidence File
Evidence Number Maxtor Encrypted HD
Geometry        0
Network Port    0
Total Sectors   625,142,448
Bytes Per Sector        512
Parity Level    0
Interface       None
The integrity of the following sector groups could not be verified
DeHart Maxtor Encrypted.E01: 81702208-81702335

Evidence Paths
    Name
F:\Matthew Dehart\Maxtor Black Armor Decrypted\DeHart Maxtor Encrypted.E01

CRC Errors
    Start       Count
81,702,208      128


Evidence Processor Logs
    Name        Comment Created
Prioritization  None    07/14/15 05:22:13 PM
Generate MD5 hash               07/14/15 05:22:13 PM
Generate SHA1 hash              07/14/15 05:22:13 PM
Entropy of processed file               07/14/15 05:22:13 PM
Verify file signatures          07/14/15 05:22:13 PM
Identify protected files                07/14/15 05:22:13 PM
Index text and metadata         07/14/15 05:22:13 PM
Index slack and unallocated             07/14/15 05:22:13 PM
Mount archive files             07/14/15 05:22:13 PM
System Info Parser              07/14/15 05:22:13 PM
File Carver     Successful Completion   07/14/15 05:22:13 PM
```

```
Partitions
    Name        Id      Volume Type      Start Sector    Total Sectors   Size
        7       NTFS    0          625,137,345       298.1 GB
```