# EXHIBIT A

**Subject:** email account
**From:** "Ramsaur, Jimmie Lynn (USATNM)" <Jimmie.Lynn.Ramsaur@usdoj.gov>
**Date:** 08/24/2015 03:20 PM
**To:** "Tor Ekeland (tor@torekeland.com)" <tor@torekeland.com>, "Frederic Jennings (fred@torekeland.com)" <fred@torekeland.com>
**CC:** "Ingram, Lynne (USATNM)" <Lynne.Ingram@usdoj.gov>

Messrs. Ekeland and Jennings,

In the past you have indicated that you believe that the government deleted your client's google email account. I have asked a local FBI agent to inquire of the agents who obtained the defendant's consent to access his email. Those agents advise that only one of the defendant's google email accounts, MDsicherheit@gmail.com, was accessed by the FBI. That account was accessed two times in August of 2010. None of the account content was altered in any way or deleted by anyone at the FBI.

Please let me know if you have any questions.

Jimmie Lynn Ramsaur



**Jimmie Lynn Ramsaur**
**Criminal Chief**
**Middle District of Tennessee**
U.S. Attorney's Office | 110 9th Avenue-South, Suite A961 | Nashville, Tennessee 37203
T: (615) 736-5151| F: (615) 736-5323
eMail: **jimmie.lynn.ramsaur@usdoj.gov**