# UNITED STATES DISTRICT COURT

MIDDLE      DISTRICT OF      TENNESSEE

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MATTHEW PAUL DEHART | Case Number: 3:10-00250 |

| PRESIDING JUDGE<br>ALETA TRAUGER | PLAINTIFF'S ATTORNEY<br>Jimmie Lynn Ramsaur, Lynne Ingram | DEFENDANT'S ATTORNEY<br>Tor Ekeland, Frederick Jennings |
|---|---|---|
| TRIAL DATE (S)<br>11/9/15 (evidentiary hrg) | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | **11/9/15** | | | **WIT: Carrie Daughtrey, AUSA MDTN** |
| 1 | | " | | X | **Franklin Police Department, B.O.L.O. on Deft.** |
| X | | " | | | **WIT: Mohammed Boudaoud, FBI Quantico** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages