UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

NOV 1 2 2015

BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
) NO. 3:10-CR-00250
v. ) Judge Trauger
)
MATTHEW PAUL DEHART ) 18 U.S.C. § 2252A
) 18 U.S.C. § 3146

# SUPERSEDING INFORMATION

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

Between in or about May 2008 and in or about December 2008, in the Middle District of Tennessee and elsewhere, the defendant, **MATTHEW PAUL DEHART**, did knowingly receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, visual depictions of a minor child (Victim 1) engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

Between in or about December 2007 and in or about May 2008, in the Middle District of Tennessee and elsewhere, the defendant, **MATTHEW PAUL DEHART**, did knowingly receive child pornography and material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, visual depictions of a minor child (Victim 2) engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

COUNT THREE

THE UNITED STATES ATTORNEY FURTHER CHARGES:

On or about April 4, 2013, in the Middle District of Tennessee, **MATTHEW PAUL DEHART**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting trial for a violation of Title 18, United States Code, Section 2251, a felony punishable by a term of imprisonment of not more than 30 years, in Case Number 3:10-CR-00250, entitled United States v. Matthew Paul Dehart, for appearance before Judge Aleta A. Trauger, on April 4, 2013 at 10:00 am for a Status Conference and Detention Review Hearing in the aforementioned case, did knowingly and willfully fail to appear for that hearing as required.

In violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1).

2

<u>FORFEITURE ALLEGATION</u>

THE UNITED STATES ATTORNEY FURTHER CHARGES:

1.      The allegations contained this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.      Upon conviction of one or more of the offenses alleged in Counts One and Two of this Superseding Information, **MATTHEW PAUL DEHART**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

> A.      any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
>
> B.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and
>
> C.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to items seized from **MATTHEW PAUL DEHART** on or about January 25, 2010, in Warrick County Indiana including, but not limited to the following:
>
> Western Digital 80 GB External Hard Disk Drive, SN 57442D5743414D39
>
> HP IPAQ PDA and PNY 512 MB Flash Drive, SN 058f00016378
>
> Maxtor BlackArmor 320 GB External Hard Disk Drive, SN 2HC037S7
>
> Gateway FX laptop, Seagate 160 GB Hard Disk Drive, SN 5NK0HKR5 (Disk 1 of 2)
>
> Gateway FX laptop, Seagate 160 GB Hard Disk Drive, SN 5NK0G5VV (Disk 2of 2)
>
> Motorola Droid, SJUG5546AC, IMSI 3100045514270578

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

A. Cannot be located upon the exercise of due diligence;

B. Has been transferred or sold to, or deposited with, a third person;

C. Has been placed beyond the jurisdiction of the Court;

D. Has been substantially diminished in value; or

E. Has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property, and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated in Title 28, United States Code, Section 2461(c)), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including a money judgment in an amount to be determined, which represents the proceeds of the crime.

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.


DAVID RIVERA
UNITED STATES ATTORNEY

JIMMIE LYNN RAMSAUR
ASSISTANT UNITED STATES ATTORNEY

LYNNE T. INGRAM
ASSISTANT UNITED STATES ATTORNEY

4