UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | No. 3:10-00250 |
| v. ) | |
| ) | JUDGE TRAUGER |
| ) | |
| MATTHEW P. DEHART ) | |

## POSITION OF THE GOVERNMENT WITH REGARDS TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America (the "Government"), by and through its undersigned attorney, hereby states that it has no additions, corrections, or objections to the Presentence Investigation Report prepared in this case.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

**s/Lynne T. Ingram**
LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this 18th day of February, 2016 via the electronic filing system upon:

Tor Ekeland & Frederic B. Jennings
195 Plymouth Street
Fifth Floor
Brooklyn, NY 11201

*s/ Lynne T. Ingram*
LYNNE T. INGRAM, AUSA