# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:10-CR-00250 |
| v. | ) | Judge Trauger |
| | ) | |
| MATTHEW PAUL DEHART, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>AFFIDAVIT OF PARALEGAL CARLY LEMMOND</u>

COMES NOW, Carly Lemmond, and states to the Court as follows:

1. I am a paralegal assigned to the Asset Forfeiture Department of the United States Attorney's Office in the Middle District of Tennessee.

2. As such, my job duties include maintenance of civil and criminal forfeiture files, mailing direct notice of judicial forfeiture to potential claimants in civil and criminal forfeiture matters and initiating publication of the forfeiture action for thirty (30) consecutive days on the official internet government forfeiture site at www.forfeiture.gov.

3. On May 5, 2016, I verified notice of this forfeiture action was advertised online on www.forfeiture.gov for a period of thirty (30) consecutive days beginning on February 27, 2016 and ending on March 27, 2016. (Exhibit 1: Advertisement and Certification).

4. Inquiry was made on February 26, 2016 of Special Agent John S. McMurtrie and there are no other known persons with interest in the Subject Property. (Exhibit 2: SA McMurtrie email).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of June, 2016, at Nashville, Tennessee.

Carly Lemmond
Contract Asset Forfeiture Paralegal

2