UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:10-CR-00250 |
| v. ) | Judge Trauger |
| ) | |
| MATTHEW PAUL DEHART, ) | |
| ) | |
| **Defendant.** ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 24, 2016, this Court entered a Preliminary Order of Forfeiture as to Matthew Paul Dehart ordering Defendant Matthew Paul Dehart to forfeit the following property:

    A.    Western Digital 80 GB External Hard Disk Drive, SN 57442D5743414D39;

    B.    HP IPAQ PDA and PNY 512 MB Flash Drive, SN 058f00016378;

    C.    Maxtor BlackArmor 320 GB External Hard Disk Drive, SN 2HC037S7;

    D.    Gateway FX laptop, Seagate 160 GB Hard Disk Drive, SN 5NK0HKR5 (Disk 1 of 2);

    E.    Gateway FX laptop, Seagate 160 GB Hard Disk Drive, SN 5NK0G5VV (Disk 2 of 2); and

    F.    Motorola Droid, SJUG5546AC, IMSI 3100045514270578

(hereinafter collectively referred to as "Subject Property").

WHEREAS, the United States caused to be published notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition

the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on February 27, 2016 and ending on March 27, 2016; and

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 13th day of June, 2016.

_____
JUDGE TRAUGER
United States District Judge